UNITED STATES BANKRUPTCY COURT
Western District of Texas
Austin Division

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 17-10387-tmd |
| | § | |
| FIREFLY SYSTEMS INC. | § | |
| | § | |
| DEBTOR | § | CHAPTER 7 PROCEEDING |

**NOTICE OF ABANDONMENT OF DEBTOR'S REAL PROPERTY PURSUANT TO BANKRUPTCY RULE 6007(a) (INCLUDING 21-DAY NOTICE)**

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

NOW COMES RANDOLPH N. OSHEROW, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of FIREFLY SYSTEMS INC. and files his Notice of Abandonment of Debtor's Personal Property Pursuant To Bankruptcy Rule 6007(a) and would show the Court the following:

1. On April 3, 2017, a voluntary petition was filed initiating this case under Chapter 7 of the Bankruptcy Code and Randolph N. Osherow was appointed Trustee of Debtor's estate and continues to act in that capacity.

2. The real property of the Bankruptcy Estate the subject of this Trustee's Notice of Abandonment is described as: 199.90 acres in Burnet County, Texas (280 CR 210, Bertram, TX 78605. Said property was scheduled in the amount of $527,782.00 but the secured lender, Space Florida, has a lien of over $2,700,000.00 in the real property. Said property has no equity.

3. A copy of this Notice has been forwarded to all interested parties in accordance with Local Rule 9014.

Respectfully submitted this 8th day of May, 2017.

/s/ Randolph N. Osherow
RANDOLPH N. OSHEROW, Chapter 7 Trustee
Texas Bar No. 15335500
342 West Woodlawn, Suite 100
San Antonio, TX 78212
(210) 738-3001 - Telephone
(210) 737-6312 - Telefax
rosherow@hotmail.com

UNITED STATES BANKRUPTCY COURT
Western District of Texas
Austin Division

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 17-10387-tmd |
| | § | |
| FIREFLY SYSTEMS INC. | § | |
| | § | |
| DEBTOR | § | CHAPTER 7 PROCEEDING |

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true and correct copy of the Notice of Abandonment of Debtor's Personal Property Pursuant to Bankruptcy Rule 6007(A) (Including 21-Day Notice) was served upon the following parties in interest by U.S. first class mail, postage prepaid, this 8th day of May, 2017.

Firefly Systems Inc.
1320 Arrow Point Drive
Suite 109
Cedar Park, TX 78613
**Debtor**

Patricia B. Tomasco
Jackson Walker, Llp
100 Congress Avenue, #1100
Austin, Texas 78701
**Counsel for Debtor**

U.S. Trustee
903 San Jacinto Boulevard
Suite 230
Austin, TX 78701

SEE ATTACHED MATRIX FOR ALL PARTIES IN INTEREST NOTICED.

/s/ Randolph N. Osherow
RANDOLPH N. OSHEROW, Chapter 7 Trustee
Texas Bar No. 15335500
342 West Woodlawn, Suite 100
San Antonio, TX 78212
(210) 738-3001 - Telephone
(210) 737-6312 - Telefax
rosherow@hotmail.com

| | | |
|---|---|---|
| (p)AIRGAS USA LLC<br>110 WEST 7TH STREET<br>SUITE 1300<br>TULSA OK 74119-1106 | (p)UNITED RENTALS NORTH AMERICA INC<br>3200 HARBOR LN N<br>MINNEAPOLIS MN 55447-5295 | 360 Technologies<br>15401 Debba Dr<br>Austin TX 78734-3628 |
| 3PS, Inc.<br>1300 Arrow Point Drive<br>Cedar Park, TX 78613-7594 | 5N Plus Wisconsin Inc.<br>515 Commerce Drive<br>Fairfield, CT 06825-5541 | A 1 Signs<br>111 N Bell Blvd.<br>Cedar Park, TX 78613-2972 |
| A.R. Machine<br>PO Box 817<br>Hutto, TX 78634-0817 | Absolute Geometries<br>20203 Algreg Street, Suite B<br>Pflugerville, TX 78660-6502 | Achill Island Composites, LLC<br>6981 Chapel Hill Drive<br>Brecksville, OH 44141-2717 |
| ACTA Inc.<br>2790 Skypark Drive, Suite 310<br>Torrance, CA 90505-5388 | ADP<br>6500 River Place Blvd #150<br>Bldg 7<br>Austin TX 78730-0018 | Advanced Ceramics Manufacturing, LLC<br>7800 South Nogales Highway<br>Tucson, AZ 85756-9645 |
| Advanced Circuits<br>21101 E 32nd Pkwy<br>Aurora, CO 80011-8149 | AI Industries<br>009 Wells Branch Pkwy<br>Pflugerville TX 78660 | AiAA<br>12700 Sunrise Valley Dr #200<br>Reston VA 20191-5807 |
| AIP<br>7100 North Loop East, Suite A6<br>Houston, TX 77028-5943 | Air Products and Chemicals<br>PO Box 935430<br>Atlanta, GA 31193-5430 | Air/Control<br>5515 Taylors Valley Rd<br>Temple, TX 76502-8758 |
| Airborne Systems North America of CA<br>3701 West Warner Ave<br>Santa Ana, CA 92704-5218 | AJ Drilling, Inc.<br>200 Martin Rd.<br>Dripping Springs, TX 78620-3519 | Akerman LLP<br>1 Southeast Third Avenue, Suite 2500<br>Miami, FL 33131-1715 |
| AkzoNobel<br>525 West Van Buren<br>Chicago, IL 60607-3845 | Allan Aircraft Supply Co., LLC<br>11643 Vanowen Street<br>North Hollywood, CA 91605-6128 | Allen Newcomb<br>27 E. 55th Street<br>Kansas City, MO 64113-1221 |
| Alliance Chemical<br>PO Box 445<br>Hutto, TX 78634-0445 | Allied Electronics Inc.<br>PO Box 2325<br>Fort Worth, TX 76113-2325 | American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 |
| American Galvano, Inc.<br>421 Kansas Street<br>Redlands, CA 92373-5477 | Ametek Programmable Power Inc.<br>PO BOx 79686<br>City of Industry, CA 91716-9686 | ANSYS, Inc.<br>2600 ANSYS Drive<br>Canonsburg, PA 15317-0404 |

| | | |
|---|---|---|
| Applegate EDM, Inc.<br>2405 Squire Place<br>Dallas, TX 75234-4707 | AR Machining, Inc.<br>PO Box 817<br>Hutto, TX 78634-0817 | AT&T<br>PO Box 5014<br>Carol Stream, IL 60197-5014 |
| Babco Fabrication & Machining<br>1101 Carlos Parker Blvd. NW<br>Taylor, TX 76574-7061 | Ballard Spahr LLP<br>2029 Century Park East<br>Suite 800<br>Los Angeles, CA 90067-2909 | Bexxt, LLC<br>21233 FM 529 Rd<br>Cypress, TX 77433-5139 |
| Blue Force Technologies, Inc.<br>627 Distribution Drive<br>Suite D<br>Morrisville, NC 27560-7100 | Burnet Central Appraisal District<br>c/o Lee Gordon<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | Burnet Central Appraisal Dristrict<br>PO Box 908<br>Burnet, TX 78611-0908 |
| Campos Painting<br>1116 Radisson Drive<br>Hewitt, TX 76643-3905 | CDW Direct<br>PO Box 75723<br>Chicago, IL 60675-5723 | Cimarron Composites, LLC<br>4912 Moores Mill Rd.<br>Huntsville, AL 35811-1512 |
| CIRCOR Aerospace, Inc.<br>DEPT. LA 21152<br>Pasadena, CA 91185-1152 | ClearCompany HRM<br>PO Box 419189<br>Boston, MA 02241-9189 | Cloudnexa, Inc.<br>PO Box 392361<br>Pittsburgh, PA 15251-9361 |
| Colonna Research & Engineering, LLC<br>1032 3rd Street<br>Suite 102<br>Santa Monica, CA 90403-3744 | Commerical Property Investments LLC<br>PO Box 1018<br>Cedar Park, TX 78630-1018 | Consilio, LLC<br>1828 L Street NW<br>Suite 1070<br>Washington, DC 20036-5146 |
| Cotten Schmidt & Abbott, LLP<br>550 Bailey Avenue<br>Suite 600<br>Fort Worth, TX 76107-2100 | CS&P Technologies, LP<br>PO Box 130<br>Cypress, TX 77410-0130 | CTRMA Processing<br>300 N IH 35 #300<br>Austin TX 78705 |
| Dahl-Vaughn, Inc.<br>18017 Chatsworth Street<br>Suite 509<br>Granada Hills, CA 91344-5608 | Deborah M. Hunt, CTA<br>Tax Assessor-Collector<br>904 S Main Street<br>Georgetown, TX 78626-5829 | Delaware Secretary of State<br>PO Box 5099<br>Binghamton, NY 13902-5509 |
| DNO Valve Sales Inc<br>22431 Antonio Pkwy Suite B 198<br>Rancho Santa Margarita, CA 92688-2804 | Documation of Austin<br>PO Box 790448<br>Saint Louis, MO 63179-0448 | Duggins Wren Mann & Romero LLP<br>PO Box 1149<br>Austin, TX 78767-1149 |
| Electroformed Nickel, Inc.<br>785 Martin Rd.<br>Huntsville, AL 35824-1613 | Emergent Space Technologies, Inc.<br>7901 Sandy Spring Rd.<br>Suite 511<br>Laurel, MD 20707-3589 | Empire Fasteners<br>1210 30th Avenue<br>Astoria, NY 11102-3898 |

ERIKS Southwest, LLC
35355 Eagle Way
Chicago, IL 60678-1353

eShares, Inc.
2525 E Charleston Rd.
Suite 104
Mountain View, CA 94043-1636

ESPEC North America Inc.
4141 Central Parkway
Hudsonville, MI 49426-7828

FIRST Insurance Funding Corp.
PO Box 7000
Carol Stream, IL 60197-7000

George Hicks
103 Fire Thorn Lane
Pooler, GA 31322-4138

Gold's Gym
4001 Maple Avenue
Suite 200
Dallas, TX 75219-3249

GP50 NY Ltd
2770 Long Rd.
Grand Island, NY 14072-1223

Hatfield & Company Inc.
PO Box 910862
Dallas, TX 75391-0862

Hennig Ruiz PC
1925 Century Park East
Suite 1960
Los Angeles, CA 90067-2720

Hueston Hennigan LLP
523 West 6th Street
Suite 400
Los Angeles, CA 90014-1208

HyPerComp Engineering, Inc.
PO Box 505
Brigham City, UT 84302-0505

Insul-Pipe Systems
PO Box 1527
Buda, TX 78610-1527

Intertek USA Inc.
PO Box 416482
Boston, MA 02241-6482

Iron Mountain
PO Box 915004
Dallas, TX 75391-5004

Jackson Walker LLP
100 Congress Avenue
Suite 1100
Austin, TX 78701-4042

Jama Software, Inc.
DEPT CH 10833
Palatine, IL 60055-0833

Janice Lane Henry Interiors
4810 W Loop 250 N
Midland, TX 79707-3191

Jennifer Francine Wertz
Jackson Walker, L.L.P.
100 Congress Avenue
Suite 1100
Austin, TX 78701-4042

John Herrmann
3006 Cancelo Cove
Round Rock, TX 78681-1764

K2 Dronotics, LLC
PO Box 1338
Kenai, AK 99611-1338

KAI, LLC
6402 Needham Lane
Austin, TX 78739-1510

Kastner Huggins Reddien Gravelle LLP
PO Box 612552
Dallas, TX 75261-2552

KETIV Technologies, Inc.
3010 Saturn Street
Suite 100
Brea, CA 92821-6220

Killeen Glass
PO Box 336
Killeen, TX 76540-0336

Knape Associates
10941 Day Rd
Houston, TX 77043-4901

Koenig Consulting
5504 Hampton Heights Drive
Birmingham, AL 35209-3773

Kraatz Electric, LLC
3611 Mountain Dr.
Round Rock, TX 78681

Law Office of Anna Kuhn, PLLC
3307 Northland Drive
Suite 310
Austin, TX 78731-4969

Lt.Gen Emerson N. Gardner USMC Ret.
2923 24th Rd N
Arlington, VA 22207-4955

Martin Testing Laboratories, Inc.
PO Box 2019
North Highlands, CA 95660-8019

Materials Research & Design
300 E. Swedesford Rd.
Wayne, PA 19087-1858

Matheson Tri-Gas Inc.
Dept. 3028
PO Box 123028
Dallas, TX 75312-3028

McMaster-Carr
PO Box 7690
Chicago, IL 60680-7690

McMaster-Carr Supply Company
1901 Riverside Parkway
Douglasville, GA 30135-3150

Metals 2 Go
PO Box 20425
Waco, TX 76702-0425

Metals4U, Inc.
15324 N I-35
Austin, TX 78728-4703

Metropolitan Telecommunications
PO Box 9660
Manchester, NH 03108-9660

Michael A. Cavanaugh
13235 Tentwood
San Antonio, TX 78231-2256

Michael Blum
2212 Glenbrook Way
Las Vegas, NV 89117-5852

Milbank Tweed Hadley & McCloy LLP
28 Liberty Street
New York, NY 10005-1445

Mobility Legal PC
317 Washington Street
Suite 207
Oakland, CA 94607-3810

MSC Industrial Supply Co.
PO Box 953635
Saint Louis, MO 63195-3635

NASA
Norman R. Wolfinger
NASA Contracting Officer
Kennedy Space Center
Orlando, FL 32899-0001

National Institute for Aviation Research
1845 N Fairmount
Wichita, KS 67620-0093

New Braunfels Machine, Inc.
311 FM 306
Bldg. 3
New Braunfels, TX 78130-2586

Nicholas Blackwell
29729 Stawberry Hill Drive
Agoura Hills, CA 91301-4095

Nimbix, Inc.
800 E Campbell Rd.
Suite 241
Richardson, TX 75081-1872

Noosphere Ventures
1906 El Camino Real
Suite 201
Menlo Park, CA 94027-4129

Omega Engineering, Inc.
26904 Network Place
Chicago, IL 60673-1269

Omnetics Connector Corporation
7260 Commerce Circle East
Minneapolis, MN 55432-3103

One Small Step LLC
8515 Brodie Lane
Suite 1232
Austin, TX 78745-8127

Patricia Baron Tomasco
Jackson Walker LLP
100 Congress Avenue
Suite 1100
Austin, TX 78701-4042

Pedernales Electric Cooperative, Inc.
PO Box 1
Johnson City, TX 78636-0001

Piasecki Aircraft Corporation
Second Street West Terminus
Essington, PA 19029

Pickens Innovations Inc.
186 Lewter Drive
Madison, AL 35758-8755

Pinnacle Logistics, Inc.
PO Box 1808
Edmonds, WA 98020-1808

PMB Helin Donovan LLP
PO Box 202260
Austin, TX 78720-2260

President Titanium Co., Inc.
PO Box 36
Hanson, MA 02341-0036

Raipher, PC
265 State Street
Springfield, MA 01103-1950

ReResearch LLC
3519 Jack Northrop Avenue
Hawthorne, CA 90250-4433

| | | |
|---|---|---|
| RFMW Ltd.<br>188 Martinvale Lane<br>San Jose, CA 95119-1356 | RK Bass Electric III, LP<br>1200 E FM 2410<br>Harker Heights, TX 76548-6846 | Rohde & Schwartz<br>6821 Benjamin Franklin Drive<br>Columbia, MD 21046-2633 |
| Rolled Alloys, Inc.<br>PO Box 67000<br>Detroit, MI 48267-0339 | Senior Operations, LLC -- Bartlett<br>PO Box 71202<br>Chicago, IL 60694-1202 | Southwest Research Institute<br>Accounts Receivable<br>Bldg 160<br>6220 Culebra<br>San Antonio, TX 78238-5166 |
| Spark Tech Inc.<br>1308 Chisholm Trail<br>Suite 105<br>Round Rock, TX 78681-2963 | Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982 | Tandel Systems<br>3982 Tampa Rd<br>Oldsmar, FL 34677-3207 |
| Taylor Iron Machine Works, Inc.<br>PO Box 188<br>Taylor, TX 76574-0188 | Taylor Iron Machine Works, Inc.<br>c/o Christopher Stanley<br>SNEED, VINE & PERRY, PC<br>108 East 8th Street<br>Georgetown, TX 78626 | TenCate Advanced Composites USA, Inc.<br>18410 Butterfield Blvd.<br>Morgan Hill, CA 95037-2968 |
| Texas Flange<br>PO Box 2889<br>Pearland, TX 77588-2889 | Texas Gauge & Controls<br>7575 Dillon Street<br>Houston, TX 77061-2826 | Texas Mutual Insurance Company<br>PO Box 841843<br>Dallas, TX 75284-1843 |
| Texas Precision Polymers, Inc.<br>13843 Highway 105 West<br>Suite 422<br>Conroe, TX 77304-5705 | TEXAS WORKFORCE COMMISSION<br>REGULATORY INTEGRITY DIVISION - SAU<br>101 EAST 15TH STREET, ROOM 556<br>AUSTIN, TX 78778-0001 | Texas Workforce Commission<br>Office of The Atty General<br>P.O. Box 12548,MC-008<br>Austin, TX 78711-2548 |
| The Aerospace Corporation<br>PO Box 92957<br>Los Angeles, CA 90009-2957 | TRICOR Industrial Inc.<br>PO Box 752<br>Wooster, OH 44691-0752 | Two Road Professional Resources, Inc.<br>5122 Bolsa Avenue<br>Suite 112<br>Huntington Beach, CA 92649-1050 |
| TXU Energy Retail Company LLC<br>C/O Bankruptcy Department<br>PO Box 650393<br>Dallas TX 75265-0393 | Uni-Form Components Co.<br>PO Box 91765<br>Chicago, IL 60693-1765 | VirTex Enterprises LP<br>12234 North IH 35, Bldg. A<br>Austin, TX 78753-1726 |
| Vulcan Aerospace Corporation<br>505 Fifth Avenue, South, Suite 900<br>Seattle, WA 98104-3821 | Williamson County<br>c/o Lee Gordon<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | Wilson Company<br>PO Box 9100<br>Addison, TX 75001-9100 |
| Zero Point Frontiers Corp.<br>1300 Meridian Street<br>Suite 3001<br>Huntsville, AL 35801-4614 | Zia Qadir<br>14722 20th Avenue<br>Seattle, WA 98155-7328 | |