# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re: §
§
FIREFLY SYSTEMS INC. § Case No. 17-10387 TMD
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/03/2017 . The undersigned trustee was appointed on 04/03/2017 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 30,623.98 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 375.00 |
| Bank service fees | | 155.53 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 30,093.45 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in filed estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 07/27/2017 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,812.40 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,812.40 , for a total compensation of $ 3,812.40 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 593.52 , for total expenses of $ 593.52 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/01/2017          By: /s/RANDOLPH N. OSHEROW
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

Case No: 17-10387 TMD Judge: Tony M. Davis - Austin
Case Name: FIREFLY SYSTEMS INC.

For Period Ending: 12/01/17

Trustee Name: RANDOLPH N. OSHEROW
Date Filed (f) or Converted (c): 04/03/17 (f)
341(a) Meeting Date: 05/05/17
Claims Bar Date: 07/27/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. First Republic Bank checking acct | 10,688.04 | 10,155.03 | | 10,155.03 | FA |
| 2. Accts Receivables | 25,000.00 | 20,468.95 | | 20,468.95 | FA |
| 3. Office Furniture | 3,185.00 | 3,185.00 | | 0.00 | FA |
| 4. Property located Bertram, TX 280 CR 210, Bertram, TX 78605-fee simple | 527,782.00 | 527,782.00 | | 0.00 | FA |
| 5. Note Receivable- Maureen Gannon | 25,666.40 | 25,666.40 | | 0.00 | FA |

TOTALS (Excluding Unknown Values) $592,321.44 $587,257.38 $30,623.98

Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/18    Current Projected Date of Final Report (TFR): 12/31/18

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

Case No: 17-10387
Case Name: FIREFLY SYSTEMS INC.

Trustee Name: RANDOLPH N. OSHEROW
Bank Name: BOK FINANCIAL
Account Number / CD #: *******3268 CHECKING ACCOUNTS

Taxpayer ID No: *******6882
For Period Ending: 12/01/17

Blanket Bond (per case limit): $ 66,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 04/24/17 | | FIRST REPUBLIC BANK | FIRST REPUBLIC BANK ACCT. | 1129-000 | 10,155.03 | | 10,155.03 |
| 04/24/17 | 1 | Asset Sales Memo: | First Republic Bank checking acct $10,155.03 | | | | 10,155.03 |
| C 04/28/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 10.00 | 10,145.03 |
| C 05/31/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 15.07 | 10,129.96 |
| C 06/19/17 | | PAYCHEX | | 1129-000 | 342.69 | | 10,472.65 |
| 06/19/17 | 2 | Asset Sales Memo: | Accts Receivables $342.69 | | | | 10,472.65 |
| C 06/30/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 14.71 | 10,457.94 |
| C 07/21/17 | | AFRC TREASURY NASA ACCT. | ACCOUNTS RECEIVABLE | 1121-000 | 20,126.26 | | 30,584.20 |
| 07/21/17 | 2 | Asset Sales Memo: | Accts Receivables $20,126.26 | | | | 30,584.20 |
| C 07/31/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 27.12 | 30,557.08 |
| C 08/23/17 | 000101 | JANET RAKOWITZ 11024 MACAWAY, #2 ADKINS, TEXAS 78101 | PAYMENT PER DOC. #23, 08/22/17 | 3410-000 | | 375.00 | 30,182.08 |
| C 08/31/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 45.29 | 30,136.79 |
| C 09/29/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 43.34 | 30,093.45 |
| *C 10/06/17 | 000102 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 420 NEW ORLEANS, LA 70139 | Bond # 016071777 Term: 10/01/2017 to 10/01/2017 | 2300-003 | | 21.22 | 30,072.23 |
| *C 10/12/17 | 000102 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 420 NEW ORLEANS, LA 70139 | Bond # 016071777 This case has a final report. | 2300-003 | | -21.22 | 30,093.45 |

* Reversed
t Funds Transfer
C Bank Cleared

| Account *******3268 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| | 6 Deposits | 30,623.98 | | 3 Checks | 375.00 |
| | 0 Interest Postings | 0.00 | | 6 Adjustments Out | 155.53 |
| | | | | 0 Transfers Out | 0.00 |
| | Subtotal | $ 30,623.98 | | Total | $ 530.53 |
| | 0 Adjustments In | 0.00 | | | |
| | 0 Transfers In | 0.00 | | | |
| | Total | $ 30,623.98 | | | |

PFORM2T4 UST Form 101-7-TFR (5/1/2011) *(Page: 4)* Ver: 20.00e

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 01, 2017 |
|---|---|---|---|---|---|---|

Case Number: 17-10387  
Debtor Name: FIREFLY SYSTEMS INC.

Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3410-00 | JANET RAKOWITZ<br>11024 MACAWAY, #2<br>ADKINS, TEXAS 78101 | Administrative | PAYMENT PER DOC. #23, 08/22/17<br>1150503268   08/23/17   101 | $0.00 | $375.00<br>375.00 | $375.00 |
| | Subtotal for Priority 001 | | | $0.00 | $375.00 | $375.00 |
| 000001<br>050<br>4700-07 | Williamson County<br>c/o Lee Gordon<br>P.O. Box 1269<br>Round Rock, TX 78680 | Secured | I did not sell any property regarding this secured claim. | $0.00 | $47,127.55 | $0.00 |
| 000002<br>050<br>4700-07 | Burnet Central Appraisal District<br>c/o Lee Gordon<br>P.O. Box 1269<br>Round Rock, TX 78680 | Secured | I did not sell any property regarding this secured claim. | $0.00 | $34,865.08 | $0.00 |
| 000013<br>050<br>4210-00 | Air/Control<br>5515 Taylors Valley Rd<br>Temple, TX 76502 | Secured | | $0.00 | $39,493.93 | $0.00 |
| | Subtotal for Priority 050 | | | $0.00 | $121,486.56 | $0.00 |
| 000003<br>051<br>5800-00 | Texas Workforce Commission<br>Office of The Atty General<br>P.O. Box 12548,MC-008<br>Austin, TX 78711 | Priority | (3-1) Unemployment taxes | $0.00 | $659.94 | $659.94 |
| 000035<br>051<br>5800-00 | Comptroller of Public Accounts<br>c/o Office of the Attorney General<br>Bankruptcy & Collections Division<br>MC 008<br>PO Box 12548<br>Austin TX 78711-2548 | Priority | (35-1) FRANCHISE TAX CH. 171 | $0.00 | $1,000.00 | $1,000.00 |
| | Subtotal for Priority 051 | | | $0.00 | $1,659.94 | $1,659.94 |
| 000004<br>070<br>7100-00 | McMaster-Carr Supply Company<br>1901 Riverside Parkway<br>Douglasville, GA 30135 | Unsecured | | $0.00 | $10,729.51 | $10,729.51 |
| 000005<br>070<br>7100-00 | TXU Energy Retail Company LLC<br>C/O Bankruptcy Department<br>PO Box 650393<br>Dallas TX 75265-0393 | Unsecured | (5-1) Unpaid balance for electric utility service | $0.00 | $503.31 | $503.31 |
| 000006<br>070<br>7100-00 | Nicholas Blackwell<br>29729 Stawberry Hill Drive<br>Agoura Hills, CA 91301 | Unsecured | | $0.00 | $1,944.00 | $1,944.00 |
| 000007<br>070<br>7100-00 | Law Office of Anna Kuhn, PLLC<br>3307 Northland Drive<br>Suite 310<br>Austin, TX 78731 | Unsecured | | $0.00 | $1,200.00 | $1,200.00 |
| 000008<br>070<br>7100-00 | Taylor Iron Machine Works, Inc.<br>c/o Christopher Stanley<br>SNEED, VINE & PERRY, PC<br>108 East 8th Street | Unsecured | (8-1) PDF does not include B-10<br>Claim form; filer has been contacted via telephone | $0.00 | $0.00 | $0.00 |

CREGIS2  UST Form 101-7-TFR (5/1/2011) *(Page: 5)*    Printed: 12/01/17 01:19 PM    Ver: 20.00e

| | | | | | | |
|---|---|---|---|---|---|---|
| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 01, 2017 |
| Case Number: 17-10387<br>Debtor Name: FIREFLY SYSTEMS INC. | | Priority Sequence | | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| | Georgetown, TX 78626 | | Same claim as claim 11. Creditor withdrew claim, dkt 20, 7/31/17. | | | |
| 000009<br>070<br>7100-00 | Omnetics Connector Corporation<br>7260 Commerce Circle East<br>Minneapolis, MN 55432-3103 | Unsecured | (9-1) Account Number (last 4 digits):6117 | $0.00 | $6,240.10 | $6,240.10 |
| 000010<br>070<br>7100-00 | RFMW Ltd.<br>188 Martinvale Lane<br>San Jose, CA 95119-1356 | Unsecured | (10-1) Account Number (last 4 digits):2429 | $0.00 | $1,967.15 | $1,967.15 |
| 000011<br>070<br>7100-00 | Taylor Iron Machine Works, Inc.<br>c/o Christopher Stanley<br>SNEED, VINE & PERRY, PC<br>108 East 8th Street<br>Georgetown, TX 78626 | Unsecured | | $0.00 | $25,922.63 | $25,922.63 |
| 000012<br>070<br>7100-00 | New Braunfels Machine, Inc.<br>311 FM 306<br>Bldg. 3<br>New Braunfels, TX 78130 | Unsecured | | $0.00 | $47,440.56 | $47,440.56 |
| 000014<br>070<br>7100-00 | CS&P Technologies, LP<br>PO Box 130<br>Cypress, TX 77410 | Unsecured | (14-1) Account Number (last 4 digits):FIR1 | $0.00 | $1,642.98 | $1,642.98 |
| 000015<br>070<br>7100-00 | Texas Precision Polymers, Inc.<br>13843 Highway 105 West<br>Suite 422<br>Conroe, TX 77304 | Unsecured | | $0.00 | $2,862.23 | $2,862.23 |
| 000016<br>070<br>7100-00 | Airgas USA, LLC<br>PO Box 676015<br>Dallas, TX 75267-6015 | Unsecured | (16-1) Account Number (last 4 digits):4993 | $0.00 | $10,661.04 | $10,661.04 |
| 000017<br>070<br>7100-00 | Airgas USA, LLC<br>PO Box 676015<br>Dallas, TX 75267-6015 | Unsecured | (17-1) Account Number (last 4 digits):4993 | $0.00 | $24,580.98 | $24,580.98 |
| 000018<br>070<br>7100-00 | Rohde & Schwarz USA, Inc<br>6821 Benjamin Franklin Drive<br>Columbia, MD 21046 | Unsecured | (18-1) Account Number (last 4 digits):8181 | $0.00 | $4,637.43 | $4,637.43 |
| 000019<br>070<br>7100-00 | Dahl-Vaughn, Inc.<br>18017 Chatsworth Street<br>Suite 509<br>Granada Hills, CA 91344 | Unsecured | | $0.00 | $56,813.04 | $56,813.04 |

| | | | | EXHIBIT C | | | |
|---|---|---|---|---|---|---|---|
| Page 3 | | | | ANALYSIS OF CLAIMS REGISTER | | | Date: December 01, 2017 |
| Case Number: | 17-10387 | | | Priority Sequence | | | |
| Debtor Name: | FIREFLY SYSTEMS INC. | | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000020 070 7100-00 | KAI, LLC 6402 Needham Lane Austin, TX 78739 | Unsecured | | $0.00 | $16,968.48 | $16,968.48 |
| 000021 070 7100-00 | Michael Cavanaugh 13235 Trentwood San Antonio, TX 78231 | Unsecured | | $0.00 | $6,329.12 | $6,329.12 |
| 000022 070 7100-00 | Insul-Pipe Systems PO Box 1527 Buda, TX 78610 | Unsecured | | $0.00 | $25,989.00 | $25,989.00 |
| 000023 070 7100-00 | National Aeronautics and Space Administration NASA Shared Services Center B-1111 Room 370 SSC, MS 39529-6000 | Unsecured | (23-1) Account Number (last 4 digits):1287 | $0.00 | $1,100,000.00 | $1,100,000.00 |
| 000024 070 7100-00 | 12-10 30 Ave. 12-10 30 Ave Long Island City, NY 11102 | Unsecured | | $0.00 | $13,029.83 | $13,029.83 |
| 000025 070 7100-00 | Applegate EDM, Inc. 2405 Squire Place Dallas, TX 75234 | Unsecured | | $0.00 | $30,847.00 | $30,847.00 |
| 000026 070 7100-00 | Metals 4U, Inc. 7600 N. Capital of Texas Hwy. C-100 Austin, TX 78731 | Unsecured | | $0.00 | $3,597.48 | $3,597.48 |
| 000027 070 7100-00 | Southwest Research Institute Accounts Receivable Bldg 160 6220 Culebra San Antonio, TX 78238-5166 | Unsecured | (27-1) Account Number (last 4 digits):3900 | $0.00 | $25,585.09 | $25,585.09 |
| 000028 070 7100-00 | ESPEC North America Inc. 4141 Central Parkway Hudsonville, MI 49426 | Unsecured | | $0.00 | $15,173.62 | $15,173.62 |
| 000029 070 7100-00 | George Hicks 103 Fire Thorn Lane Pooler, GA 21322 | Unsecured | | $0.00 | $7,310.00 | $7,310.00 |
| 000030 070 7100-00 | AIP 7100 North Loop East, Suite A6 Houston, TX 77028 | Unsecured | | $0.00 | $1,569.63 | $1,569.63 |
| 000031 070 7100-00 | Two Road Professional Resources, Inc. 5122 Bolsa Avenue Suite 112 Huntington Beach, CA 92649 | Unsecured | reclassed as unsecured in its entirety, not wages. | $0.00 | $71,724.25 | $71,724.25 |
| 000032 070 7100-00 | Emergent Space Technologies, Inc. 7901 Sandy Spring Rd. Suite 511 Laurel, MD 20707 | Unsecured | | $0.00 | $124,734.95 | $124,734.95 |

| Page 4 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 01, 2017 |
|---|---|---|---|---|---|---|
| Case Number: 17-10387<br>Debtor Name: FIREFLY SYSTEMS INC. | | Priority Sequence | | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| 000033<br>070<br>7100-00 | U.S. Bank, N.A. dba U.S. Bank Equipment Finance<br>1310 Madrid Street<br>Marshall, MN 56258 | Unsecured | | $0.00 | $18,611.95 | $18,611.95 |
| 000034<br>070<br>7100-00 | Raipher P.C.<br>265 State St.<br>Springfield, MA 01103 | Unsecured | | $0.00 | $645,061.14 | $645,061.14 |
| 000036<br>070<br>7100-00 | Virgin Galactic, LLC<br>c/o Claude M. Stern, Esq. Quinn Emanuel<br>555 Twin Dolphin Dr., 5ht Floor<br>Redwood Shores, CA 94065 | Unsecured | | $0.00 | $7,000,000.00 | $7,000,000.00 |
| 000037<br>070<br>7100-00 | Virgin Orbit, LLC<br>c/o Claude M. Stern, Esq. Quinn Emanuel<br>555 Twin Dolphin Dr., 5ht Floor<br>Redwood Shores, CA 94065 | Unsecured | | $0.00 | $7,000,000.00 | $7,000,000.00 |
| 000038<br>070<br>7100-00 | United Rentals (North America), Inc.<br>c/o The Law Offices of Mark A. Kirkorsky, P.C.<br>P.O. Box 25287<br>Tempe, AZ 85285 | Unsecured | (38-1) Account Number (last 4 digits):6286 | $0.00 | $71,276.53 | $71,276.53 |
| 000039<br>070<br>7100-00 | Zia Qadir<br>14722 20th Avenue<br>Seattle, WA 98155 | Unsecured | Reclassed as unsecured in its entirety, not wages. | $0.00 | $19,406.81 | $19,406.81 |
| 000040<br>070<br>7100-00 | DNO Valve Sales Inc<br>22431 Antonio Pkwy Suite B 198<br>Rancho Santa Margarita, CA 92688 | Unsecured | | $0.00 | $7,085.37 | $7,085.37 |
| 000041<br>070<br>7100-00 | Consilio LLC<br>Schuyler Carroll, Esq.<br>30 Rockefeller Plaza, 22nd Floor<br>New York, NY 10112 | Unsecured | | $0.00 | $475,625.17 | $475,625.17 |
| 000042<br>070<br>7100-00 | Hatfield & Company Inc.<br>PO Box 910862<br>Dallas, TX 75391-0862 | Unsecured | | $0.00 | $76,487.57 | $76,487.57 |
| 000043<br>070<br>7100-00 | R. K. Bass Electric<br>c/o Blake Rasner<br>HALEY & OLSON, P.C.<br>100 Ritchie Road, Suite 200<br>Waco, Texas 76712 | Unsecured | (43-1) Materials and labor for electrical construction at 280 CR 210, Bertram, Texas 78605 | $0.00 | $90,116.55 | $90,116.55 |
| 000044<br>070<br>7100-00 | Economic Development Sales Tax Corp of Cedar Park<br>c/o J.P. LeCompte<br>450 Cypress Creek Road, Bldg 1<br>Cedar Park, Texas 78613 | Unsecured | | $0.00 | $859,735.00 | $859,735.00 |

| Page 5 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 01, 2017 |
|---|---|---|---|---|---|---|

Case Number: 17-10387  
Debtor Name: FIREFLY SYSTEMS INC.

Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000045<br>070<br>7100-00 | Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982 | Unsecured | | $0.00 | $19,387.00 | $19,387.00 |
| | Subtotal for Priority 070 | | | $0.00 | $17,922,796.50 | $17,922,796.50 |
| 000046<br>080<br>7200-00 | Cimarron Composites, LLC<br>4912 Moores Mill Rd.<br>Huntsville, AL 35811 | Unsecured | | $0.00 | $15,618.03 | $15,618.03 |
| | Subtotal for Priority 080 | | | $0.00 | $15,618.03 | $15,618.03 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET, SUITE 420<br>NEW ORLEANS, LA 70139 | Administrative | Bond # 016071777<br>Term: 10/01/2017 to 10/01/2017<br>entry reversed | $0.00 | $21.22 | $0.00 |
| | Subtotal for Priority 999 | | | $0.00 | $21.22 | $0.00 |
| | Case Totals: | | | $0.00 | $18,061,957.25 | $17,940,449.47 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-10387 TMD
Case Name: FIREFLY SYSTEMS INC.
Trustee Name: RANDOLPH N. OSHEROW

Balance on hand $ 30,093.45

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | Williamson County | $ 47,127.55 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000002 | Burnet Central Appraisal District | $ 34,865.08 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000013 | Air/Control | $ 39,493.93 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 30,093.45

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RANDOLPH N. OSHEROW | $ 3,812.40 | $ 0.00 | $ 3,812.40 |
| Trustee Expenses: RANDOLPH N. OSHEROW | $ 593.52 | $ 0.00 | $ 593.52 |
| Accountant for Trustee Fees: JANET RAKOWITZ | $ 375.00 | $ 375.00 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 4,405.92

Remaining Balance $ 25,687.53

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 1,659.94 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Texas Workforce Commission | $ 659.94 | $ 0.00 | $ 659.94 |
| 000035 | Comptroller of Public Accounts | $ 1,000.00 | $ 0.00 | $ 1,000.00 |
| | Total to be paid to priority creditors | | | $ 1,659.94 |
| | Remaining Balance | | | $ 24,027.59 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 17,922,796.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | McMaster-Carr Supply Company | $ 10,729.51 | $ 0.00 | $ 14.38 |
| 000005 | TXU Energy Retail Company LLC | $ 503.31 | $ 0.00 | $ 0.67 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000006 | Nicholas Blackwell | $ 1,944.00 | $ 0.00 | $ 2.61 |
| 000007 | Law Office of Anna Kuhn, PLLC | $ 1,200.00 | $ 0.00 | $ 1.61 |
| 000008 | Taylor Iron Machine Works, Inc. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000009 | Omnetics Connector Corporation | $ 6,240.10 | $ 0.00 | $ 8.37 |
| 000010 | RFMW Ltd. | $ 1,967.15 | $ 0.00 | $ 2.64 |
| 000011 | Taylor Iron Machine Works, Inc. | $ 25,922.63 | $ 0.00 | $ 34.75 |
| 000012 | New Braunfels Machine, Inc. | $ 47,440.56 | $ 0.00 | $ 63.60 |
| 000014 | CS&P Technologies, LP | $ 1,642.98 | $ 0.00 | $ 2.20 |
| 000015 | Texas Precision Polymers, Inc. | $ 2,862.23 | $ 0.00 | $ 3.84 |
| 000016 | Airgas USA, LLC | $ 10,661.04 | $ 0.00 | $ 14.29 |
| 000017 | Airgas USA, LLC | $ 24,580.98 | $ 0.00 | $ 32.95 |
| 000018 | Rohde & Schwarz USA, Inc | $ 4,637.43 | $ 0.00 | $ 6.22 |
| 000019 | Dahl-Vaughn, Inc. | $ 56,813.04 | $ 0.00 | $ 76.16 |
| 000020 | KAI, LLC | $ 16,968.48 | $ 0.00 | $ 22.75 |
| 000021 | Michael Cavanaugh | $ 6,329.12 | $ 0.00 | $ 8.48 |
| 000022 | Insul-Pipe Systems | $ 25,989.00 | $ 0.00 | $ 34.85 |
| 000023 | National Aeronautics and Space | $ 1,100,000.00 | $ 0.00 | $ 1,474.68 |
| 000024 | 12-10 30 Ave. | $ 13,029.83 | $ 0.00 | $ 17.47 |
| 000025 | Applegate EDM, Inc. | $ 30,847.00 | $ 0.00 | $ 41.35 |
| 000026 | Metals 4U, Inc. | $ 3,597.48 | $ 0.00 | $ 4.82 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000027 | Southwest Research Institute | $ 25,585.09 | $ 0.00 | $ 34.30 |
| 000028 | ESPEC North America Inc. | $ 15,173.62 | $ 0.00 | $ 20.34 |
| 000029 | George Hicks | $ 7,310.00 | $ 0.00 | $ 9.80 |
| 000030 | AIP | $ 1,569.63 | $ 0.00 | $ 2.10 |
| 000031 | Two Road Professional Resources, Inc. | $ 71,724.25 | $ 0.00 | $ 96.16 |
| 000032 | Emergent Space Technologies, Inc. | $ 124,734.95 | $ 0.00 | $ 167.22 |
| 000033 | U.S. Bank, N.A. dba U.S. Bank Equipment | $ 18,611.95 | $ 0.00 | $ 24.95 |
| 000034 | Raipher P.C. | $ 645,061.14 | $ 0.00 | $ 864.78 |
| 000036 | Virgin Galactic, LLC | $ 7,000,000.00 | $ 0.00 | $ 9,384.31 |
| 000037 | Virgin Orbit, LLC | $ 7,000,000.00 | $ 0.00 | $ 9,384.32 |
| 000038 | United Rentals (North America), Inc. | $ 71,276.53 | $ 0.00 | $ 95.55 |
| 000039 | Zia Qadir | $ 19,406.81 | $ 0.00 | $ 26.02 |
| 000040 | DNO Valve Sales Inc | $ 7,085.37 | $ 0.00 | $ 9.50 |
| 000041 | Consilio LLC | $ 475,625.17 | $ 0.00 | $ 637.63 |
| 000042 | Hatfield & Company Inc. | $ 76,487.57 | $ 0.00 | $ 102.54 |
| 000043 | R. K. Bass Electric | $ 90,116.55 | $ 0.00 | $ 120.81 |
| 000044 | Economic Development Sales Tax Corp of | $ 859,735.00 | $ 0.00 | $ 1,152.57 |
| 000045 | Stroock & Stroock & Lavan LLP | $ 19,387.00 | $ 0.00 | $ 26.00 |

Total to be paid to timely general unsecured creditors $ 24,027.59

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 15,618.03 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000046 | Cimarron Composites, LLC | $ 15,618.03 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors   $ 0.00

Remaining Balance   $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE