**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 17-10387-tmd |
|    FIREFLY SYSTEMS INC. | § | |
| | § | |
| | § | CHAPTER 7 |
|           DEBTORS | § | |

**APPLICATION FOR TRUSTEE'S COMPENSATION AND EXPENSES**

> **THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**
>
> **IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**
>
> **A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

TO THE HONORABLE H. Christopher Mott-Austin
UNITED STATES BANKRUPTCY JUDGE:

      COMES NOW, Randolph N. Osherow, chapter 7 trustee for the estate of Firefly Systems Inc. and files this Application for Trustee's Compensation and Expenses ("Application") to request compensation and reimbursement of expenses pursuant to 11 U.S.C. § 330(a)(1) and (a)(7). In support of the Application, the trustee submits the following information.

      1.     On April 3, 2017, the trustee was duly appointed as the chapter 7 trustee.

      2.     Contemporaneously with the filing of the Application, the trustee has filed a Trustee's Final Report ("TFR") and a Notice of Trustee's Final Report ("NFR").

      3.     Pursuant to 11 U.S.C. 326(a), the maximum compensation allowable to the trustee is $3,812.40 based on the total amount disbursed to parties in interest, except for amounts disbursed to the debtor, or to any entity, if the funds disbursed were not property of the estate, e.g. return of a sale deposit. See attached **Exhibit 1** for a detailed calculation of the compensation requested.

      4.     The trustee has received $0.00 of the maximum compensation allowable as interim compensation, and now requests $3,812.40 as final compensation, subject to additional compensation based on the disbursement of additional interest income to parties in interest.

5. In addition, the trustee requests $593.52 for reimbursement of reasonable and necessary expenses incurred in the administration of the estate. See attached **Exhibit 2** for an itemization of the trustee's expenses.

6. In the event additional interest income accrues on estate funds after the filing of the TFR and before distribution of funds by the trustee, the trustee requests approval of additional compensation based on the disbursement of this additional interest income to parties in interest without further Order of the Court.

WHEREFORE, PREMISES CONSIDERED, Randolph N. Osherow, the chapter 7 trustee, requests approval of $3,812.40 in compensation and $593.52 in reimbursement of expenses.

Dated:

By: /s/ Randolph N. Osherow
Randolph N. Osherow
Chapter 7 Trustee

Exhibit 1 page 1

Include Trustee Compensation Calculation:
  (Show how trustee comp. Is calculated)

Total Disbursements (Trustee Compensable) - (Refunds Exhibit B-1) = Trustee Compensable Disbursements

30,623.98 - 0.00 = 30,623.98

| | | | |
|---|---|---:|---:|
| 25% | ON FIRST | $5,000.00 | $1,250.00 |
| 10% | ON NEXT | $25,623.98 | $2,562.40 |
| 5% | ON NEXT | $0.00 | $0.00 |
| 3% | ON BALANCE | $0.00 | $0.00 |

| | |
|---|---:|
| Maximum Trustee Compensation | $3,812.40 |
| - minus Interim Compensation | (0.00) |
| Total Allowable Trustee Compensation | $3,812.40 |
| + plus Quantum Meruit | 0.00 |
| Amount Requested Herein | $3,812.40 |

Randolph N. Osherow
Exhibit 2
342 West Woodlawn, Suite 100
San Antonio, TX 78212

October 11, 2017

Invoice #10045

Professional services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/11/2017 | K25 | Type notice to abandon. | 0.20 25.00/hr | 5.00 |
|  | K25 | Work on making copies and sending mailouts in regards to notice to abandon. | 0.20 25.00/hr | 5.00 |
| 6/19/2017 | K25 | Post deposit of funds received from Paychex. Reconcile with form 2. | 0.10 25.00/hr | 2.50 |
| 7/28/2017 | K25 | Work on making copies and sending mailouts in regards to form 1120 for year 2017 sent to the IRS. | 0.20 25.00/hr | 5.00 |
| 7/29/2017 | K25 | Work on making copies and sending mailouts in regards to application to employ accountant. | 0.20 25.00/hr | 5.00 |

Page 2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/1/2017 | K25 | Type omnibus claims objection. | 0.20<br>25.00/hr | 5.00 |
|  | K25 | Work on making copies and sending mailouts in regards to omnibus claims objection. | 0.20<br>25.00/hr | 5.00 |
| 9/8/2017 | K25 | Type claims objection. | 0.20<br>25.00/hr | 5.00 |
|  | K25 | Work on making copies and sending mailouts in regards to claims objection. | 0.20<br>25.00/hr | 5.00 |
|  |  | For professional services rendered | 1.70 | $42.50 |

Additional charges:

| 5/11/2017 | Copying cost in regards notice to abandon. | 48.00 |
|---|---|---|
|  | Postage expense in regards notice to abandon. | 68.54 |
| 7/28/2017 | Copying cost in regards to form 1120 for year 2017 sent to the IRS. | 10.50 |
|  | Postage expense in regards to form 1120 for year 2017 sent to the IRS. | 1.34 |
| 7/29/2017 | Postage expense in regards to application to employ accountant. | 70.38 |
|  | Copying cost in regards to application to employ accountant. | 51.00 |
| 8/1/2017 | Postage expense in regards to omnibus claims objection. | 2.30 |
|  | Copying cost in regards to omnibus claims objection. | 3.60 |

Page 3

| Date | Description | Amount |
|---|---|---:|
| 9/8/2017 | Final Report Package Expense-copies & postage. | 75.00 |
| | FedEx charges in regards to remittal of TDRs and bank statements to US Trustee and back. | 100.00 |
| | Copying cost in regards to summary of Trustee's Application for Compensation and Expenses. | 45.60 |
| | Postage expense in regards to summary of Trustee's Application for Compensation and Expenses. | 69.92 |
| | Copying cost in regards to claims objection. | 3.00 |
| | Postage expense in regards to claims objection. | 1.84 |
| | Total costs | $551.02 |
| | Total amount of this bill | $593.52 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| KERI GESSNER | 1.70 | 25.00 | $42.50 |