# UNITED STATES BANKRUPTCY COURT
## WESTERN **DISTRICT OF** TEXAS
### AUSTIN **DIVISION**

In re: §
§
FIREFLY SYSTEMS INC. § Case No. 17-10387
§
Debtor §

## AMENDED CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RANDOLPH N. OSHEROW, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 556,633.40<br>*(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 27,635.28 | Claims Discharged<br>Without Payment: NA |
| Total Expenses of Administration: 6,017.55 | |

3) Total gross receipts of $ 33,652.83 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 33,652.83 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 121,486.56 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,038.77 | 6,017.55 | 6,017.55 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 1,659.94 | 1,659.94 | 1,659.94 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 17,938,414.53 | 17,938,414.53 | 25,975.34 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 18,067,599.80 | $ 17,946,092.02 | $ 33,652.83 |

4) This case was originally filed under chapter 7 on 04/03/2017 . The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/06/2019                    By:/s/RANDOLPH N. OSHEROW
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Accts Receivables | 1121-000 | 23,155.11 |
| First Republic Bank checking acct | 1129-000 | 10,155.03 |
| Accts Receivables | 1129-000 | 342.69 |
| TOTAL GROSS RECEIPTS | | $33,652.83 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000013 | AIR/CONTROL | 4210-000 | NA | 39,493.93 | 0.00 | 0.00 |
| 000002 | BURNET CENTRAL APPRAISAL DISTRICT | 4700-070 | NA | 34,865.08 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | WILLIAMSON COUNTY | 4700-070 | NA | 47,127.55 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 121,486.56 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:RANDOLPH N. OSHEROW | 2100-000 | NA | 4,115.28 | 4,115.28 | 4,115.28 |
| TRUSTEE EXPENSES:RANDOLPH N. OSHEROW | 2200-000 | NA | 1,111.74 | 1,111.74 | 1,111.74 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 21.22 | 0.00 | 0.00 |
| BOK FINANCIAL | 2600-000 | NA | 155.53 | 155.53 | 155.53 |
| CLERK, U.S. BANKRUPTCY COURT | 2700-000 | NA | 260.00 | 260.00 | 260.00 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):JANET RAKOWITZ | 3410-000 | NA | 375.00 | 375.00 | 375.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 6,038.77 | $ 6,017.55 | $ 6,017.55 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000035 | COMPTROLLER OF PUBLIC ACCOUNTS | 5800-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| 000003 | TEXAS WORKFORCE COMMISSION | 5800-000 | NA | 659.94 | 659.94 | 659.94 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 1,659.94 | $ 1,659.94 | $ 1,659.94 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000041 | CONSILIO LLC | 7100-000 | NA | 475,625.17 | 475,625.17 | 689.31 |
| 000044 | ECONOMIC DEVELOPMENT SALES TAX CORP | 7100-000 | NA | 859,735.00 | 859,735.00 | 1,246.01 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000032 | EMERGENT SPACE TECHNOLOGIES, INC. | 7100-000 | NA | 124,734.95 | 124,734.95 | 180.78 |
| 000042 | HATFIELD & COMPANY INC. | 7100-000 | NA | 76,487.57 | 76,487.57 | 110.85 |
| 000023 | NATIONAL AERONAUTICS AND SPACE ADMI | 7100-000 | NA | 1,100,000.00 | 1,100,000.00 | 1,594.22 |
| 000043 | R. K. BASS ELECTRIC | 7100-000 | NA | 90,116.55 | 90,116.55 | 130.60 |
| 000034 | RAIPHER P.C. | 7100-000 | NA | 645,061.14 | 645,061.14 | 934.88 |
| 000008 | TAYLOR IRON MACHINE WORKS, INC. | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000038 | UNITED RENTALS (NORTH AMERICA), INC | 7100-000 | NA | 71,276.53 | 71,276.53 | 103.30 |
| 000036 | VIRGIN GALACTIC, LLC | 7100-000 | NA | 7,000,000.00 | 7,000,000.00 | 10,145.03 |
| 000037 | VIRGIN ORBIT, LLC | 7100-000 | NA | 7,000,000.00 | 7,000,000.00 | 10,145.03 |
| /////// | 12-10 30 AVE. | 7100-001 | NA | 13,029.83 | 13,029.83 | 18.88 |
| 000030 | AIP | 7100-001 | NA | 1,569.63 | 1,569.63 | 2.28 |
| 000016 | AIRGAS USA, LLC | 7100-001 | NA | 10,661.04 | 10,661.04 | 15.45 |
| 000017 | AIRGAS USA, LLC | 7100-001 | NA | 24,580.98 | 24,580.98 | 35.62 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000025 | APPLEGATE EDM, INC. | 7100-001 | NA | 30,847.00 | 30,847.00 | 44.71 |
| 000014 | CS&P TECHNOLOGIES, LP | 7100-001 | NA | 1,642.98 | 1,642.98 | 2.39 |
| 000019 | DAHL-VAUGHN, INC. | 7100-001 | NA | 56,813.04 | 56,813.04 | 82.34 |
| 000040 | DNO VALVE SALES INC | 7100-001 | NA | 7,085.37 | 7,085.37 | 10.27 |
| 000028 | ESPEC NORTH AMERICA INC. | 7100-001 | NA | 15,173.62 | 15,173.62 | 21.99 |
| 000029 | GEORGE HICKS | 7100-001 | NA | 7,310.00 | 7,310.00 | 10.59 |
| 000022 | INSUL-PIPE SYSTEMS | 7100-001 | NA | 25,989.00 | 25,989.00 | 37.66 |
| 000020 | KAI, LLC | 7100-001 | NA | 16,968.48 | 16,968.48 | 24.59 |
| 000007 | LAW OFFICE OF ANNA KUHN, PLLC | 7100-001 | NA | 1,200.00 | 1,200.00 | 1.74 |
| 000004 | MCMASTER-CARR SUPPLY COMPANY | 7100-001 | NA | 10,729.51 | 10,729.51 | 15.55 |
| 000026 | METALS 4U, INC. | 7100-001 | NA | 3,597.48 | 3,597.48 | 5.21 |
| 000021 | MICHAEL CAVANAUGH | 7100-001 | NA | 6,329.12 | 6,329.12 | 9.18 |
| 000012 | NEW BRAUNFELS MACHINE, INC. | 7100-001 | NA | 47,440.56 | 47,440.56 | 68.75 |
| 000006 | NICHOLAS BLACKWELL | 7100-001 | NA | 1,944.00 | 1,944.00 | 2.82 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | OMNETICS CONNECTOR CORPORATION | 7100-001 | NA | 6,240.10 | 6,240.10 | 9.05 |
| 000010 | RFMW LTD. | 7100-001 | NA | 1,967.15 | 1,967.15 | 2.85 |
| 000018 | ROHDE & SCHWARZ USA, INC | 7100-001 | NA | 4,637.43 | 4,637.43 | 6.72 |
| 000027 | SOUTHWEST RESEARCH INSTITUTE | 7100-001 | NA | 25,585.09 | 25,585.09 | 37.08 |
| 000045 | STROOCK & STROOCK & LAVAN LLP | 7100-001 | NA | 19,387.00 | 19,387.00 | 28.10 |
| 000011 | TAYLOR IRON MACHINE WORKS, INC. | 7100-001 | NA | 25,922.63 | 25,922.63 | 37.57 |
| 000015 | TEXAS PRECISION POLYMERS, INC. | 7100-001 | NA | 2,862.23 | 2,862.23 | 4.14 |
| 000031 | TWO ROAD PROFESSIONAL RESOURCES, IN | 7100-001 | NA | 71,724.25 | 71,724.25 | 103.95 |
| 000005 | TXU ENERGY RETAIL COMPANY LLC | 7100-001 | NA | 503.31 | 503.31 | 0.73 |
| 000033 | U.S. BANK, N.A. DBA U.S. BANK EQUIP | 7100-001 | NA | 18,611.95 | 18,611.95 | 26.98 |
| 000039 | ZIA QADIR | 7100-001 | NA | 19,406.81 | 19,406.81 | 28.14 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000046 | CIMARRON COMPOSITES, LLC | 7200-000 | NA | 15,618.03 | 15,618.03 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 17,938,414.53 | $ 17,938,414.53 | $ 25,975.34 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:    17-10387    TMD    Judge: Tony M. Davis - Austin

Case Name:    FIREFLY SYSTEMS INC.

For Period Ending: 03/06/19

Trustee Name:    RANDOLPH N. OSHEROW

Date Filed (f) or Converted (c):    04/03/17 (f)

341(a) Meeting Date:    05/05/17

Claims Bar Date:    07/27/17

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Adm (FA)/ Gross Value of Remain Assets | Lien Amount | Exempt Amount |
| 1. First Republic Bank checking acct | 10,688.04 | 10,155.03 | | 10,155.03 | FA | 0.00 | 0.00 |
| 2. Accts Receivables | 25,000.00 | 23,497.80 | | 23,497.80 | FA | 0.00 | 0.00 |
| 3. Office Furniture | 3,185.00 | 3,185.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4. Property located Bertram, TX | 527,782.00 | 527,782.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5. Note Receivable- Maureen Gannon | 25,666.40 | 25,666.40 | | 0.00 | FA | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $592,321.44 | $590,286.23 | | $33,652.83 | $0.00 | $0.00 | $0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RE PROP# 4---280 CR 210, Bertram, TX 78605-fee simple

Initial Projected Date of Final Report (TFR): 12/31/18    Current Projected Date of Final Report (TFR): 12/31/18

| Case No: | 17-10387 -TMD | | | Trustee Name: | RANDOLPH N. OSHEROW |
| Case Name: | FIREFLY SYSTEMS INC. | | | Bank Name: | BOK FINANCIAL |
| | | | | Account Number / CD #: | 1150503268 CHECKING ACCOUNTS |
| Taxpayer ID No: | 36-4776882 | | | | |
| For Period Ending: | 03/06/19 | | | Blanket Bond (per case limit): | $ 66,500,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| C 04/24/17 | | FIRST REPUBLIC BANK | FIRST REPUBLIC BANK ACCT. | 1129-000 | 10,155.03 | | 10,155.03 |
| 04/24/17 | 1 | Asset Sales Memo: | First Republic Bank checking acct $10,155.03 | | | | 10,155.03 |
| C 04/28/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 10.00 | 10,145.03 |
| C 05/31/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 15.07 | 10,129.96 |
| C 06/19/17 | | PAYCHEX | | 1129-000 | 342.69 | | 10,472.65 |
| 06/19/17 | 2 | Asset Sales Memo: | Accts Receivables $342.69 | | | | 10,472.65 |
| C 06/30/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 14.71 | 10,457.94 |
| C 07/21/17 | | AFRC TREASURY NASA ACCT. | ACCOUNTS RECEIVABLE | 1121-000 | 20,126.26 | | 30,584.20 |
| 07/21/17 | 2 | Asset Sales Memo: | Accts Receivables $20,126.26 | | | | 30,584.20 |
| C 07/31/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 27.12 | 30,557.08 |
| C 08/23/17 | 000101 | JANET RAKOWITZ 11024 MACAWAY, #2 ADKINS, TEXAS  78101 | PAYMENT PER DOC. #23, 08/22/17 | 3410-000 | | 375.00 | 30,182.08 |
| C 08/31/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 45.29 | 30,136.79 |
| C 09/29/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 43.34 | 30,093.45 |
| *C 10/06/17 | 000102 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 420 NEW ORLEANS, LA 70139 | Bond # 016071777 Term: 10/01/2017 to 10/01/2017 | 2300-003 | | 21.22 | 30,072.23 |
| *C 10/12/17 | 000102 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 420 NEW ORLEANS, LA 70139 | Bond # 016071777 This case has a final report. | 2300-003 | | -21.22 | 30,093.45 |
| C 01/03/18 | 000103 | RANDOLPH N. OSHEROW 342 West Woodlawn, Suite 100 San Antonio, TX  78212 | Chapter 7 Compensation/Fees | 2100-000 | | 3,812.40 | 26,281.05 |
| C 01/03/18 | 000104 | RANDOLPH N. OSHEROW 342 West Woodlawn, Suite 100 San Antonio, TX  78212 | Chapter 7 Expenses | 2200-000 | | 593.52 | 25,687.53 |
| C 01/03/18 | 000105 | Texas Workforce Commission Office of The Atty General P.O. Box 12548,MC-008 Austin, TX 78711 | Claim 000003, Payment 100.00000% (3-1) Unemployment taxes | 5800-000 | | 659.94 | 25,027.59 |
| C 01/03/18 | 000106 | Comptroller of Public Accounts c/o Office of the Attorney General Bankruptcy & Collections Division MC 008 PO Box 12548 Austin TX 78711-2548 | Claim 000035, Payment 100.00000% (35-1) FRANCHISE TAX CH. 171 | 5800-000 | | 1,000.00 | 24,027.59 |
| C 01/03/18 | 000107 | McMaster-Carr Supply Company 1901 Riverside Parkway Douglasville, GA 30135 | Claim 000004, Payment 0.13402% | 7100-000 | | 14.38 | 24,013.21 |
| C 01/03/18 | 000108 | TXU Energy Retail Company LLC C/O Bankruptcy Department PO Box 650393 Dallas TX 75265-0393 | Claim 000005, Payment 0.13312% (5-1) Unpaid balance for electric utility service | 7100-000 | | 0.67 | 24,012.54 |
| *C 01/03/18 | 000109 | Nicholas Blackwell 29729 Stawberry Hill Drive Agoura Hills, CA 91301 | Claim 000006, Payment 0.13426% | 7100-004 | | 2.61 | 24,009.93 |
| C 01/03/18 | 000110 | Law Office of Anna Kuhn, PLLC 3307 Northland Drive | Claim 000007, Payment 0.13417% | 7100-000 | | 1.61 | 24,008.32 |

| Case No: | 17-10387 -TMD | | Trustee Name: | RANDOLPH N. OSHEROW |
| Case Name: | FIREFLY SYSTEMS INC. | | Bank Name: | BOK FINANCIAL |
| | | | Account Number / CD #: | 1150503268 CHECKING ACCOUNTS |
| Taxpayer ID No: | 36-4776882 | | | |
| For Period Ending: | 03/06/19 | | Blanket Bond (per case limit): | $ 66,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements<br>($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Suite 310<br>Austin, TX 78731 | | | | | |
| C 01/03/18 | 000111 | Omnetics Connector Corporation<br>7260 Commerce Circle East<br>Minneapolis, MN 55432-3103 | Claim 000009, Payment 0.13413%<br>(9-1) Account Number (last 4<br>digits):6117 | 7100-000 | | 8.37 | 23,999.95 |
| C 01/03/18 | 000112 | RFMW Ltd.<br>188 Martinvale Lane<br>San Jose, CA 95119-1356 | Claim 000010, Payment 0.13420%<br>(10-1) Account Number (last 4<br>digits):2429 | 7100-000 | | 2.64 | 23,997.31 |
| C 01/03/18 | 000113 | Taylor Iron Machine Works, Inc.<br>c/o Christopher Stanley<br>SNEED, VINE & PERRY, PC<br>108 East 8th Street<br>Georgetown, TX 78626 | Claim 000011, Payment 0.13405% | 7100-000 | | 34.75 | 23,962.56 |
| C 01/03/18 | 000114 | New Braunfels Machine, Inc.<br>311 FM 306<br>Bldg. 3<br>New Braunfels, TX 78130 | Claim 000012, Payment 0.13406% | 7100-000 | | 63.60 | 23,898.96 |
| C 01/03/18 | 000115 | CS&P Technologies, LP<br>PO Box 130<br>Cypress, TX 77410 | Claim 000014, Payment 0.13390%<br>(14-1) Account Number (last 4<br>digits):FIR1 | 7100-000 | | 2.20 | 23,896.76 |
| C 01/03/18 | 000116 | Texas Precision Polymers, Inc.<br>13843 Highway 105 West<br>Suite 422<br>Conroe, TX 77304 | Claim 000015, Payment 0.13416% | 7100-000 | | 3.84 | 23,892.92 |
| C 01/03/18 | 000117 | Airgas USA, LLC<br>PO Box 676015<br>Dallas, TX 75267-6015 | Claim 000016, Payment 0.13404%<br>(16-1) Account Number (last 4<br>digits):4993 | 7100-000 | | 14.29 | 23,878.63 |
| C 01/03/18 | 000118 | Airgas USA, LLC<br>PO Box 676015<br>Dallas, TX 75267-6015 | Claim 000017, Payment 0.13405%<br>(17-1) Account Number (last 4<br>digits):4993 | 7100-000 | | 32.95 | 23,845.68 |
| C 01/03/18 | 000119 | Rohde & Schwarz USA, Inc<br>6821 Benjamin Franklin Drive<br>Columbia, MD 21046 | Claim 000018, Payment 0.13413%<br>(18-1) Account Number (last 4<br>digits):8181 | 7100-000 | | 6.22 | 23,839.46 |
| * C 01/03/18 | 000120 | Dahl-Vaughn, Inc.<br>18017 Chatsworth Street<br>Suite 509<br>Granada Hills, CA 91344 | Claim 000019, Payment 0.13405% | 7100-004 | | 76.16 | 23,763.30 |
| * C 01/03/18 | 000121 | KAI, LLC<br>6402 Needham Lane<br>Austin, TX 78739 | Claim 000020, Payment 0.13407% | 7100-004 | | 22.75 | 23,740.55 |
| C 01/03/18 | 000122 | Michael Cavanaugh<br>13235 Trentwood<br>San Antonio, TX 78231 | Claim 000021, Payment 0.13398% | 7100-000 | | 8.48 | 23,732.07 |
| C 01/03/18 | 000123 | Insul-Pipe Systems<br>PO Box 1527<br>Buda, TX 78610 | Claim 000022, Payment 0.13410% | 7100-000 | | 34.85 | 23,697.22 |
| C 01/03/18 | 000124 | National Aeronautics and Space<br>Administration<br>NASA Shared Services Center<br>B-1111 Room 370<br>SSC, MS 39529-6000 | Claim 000023, Payment 0.13406%<br>(23-1) Account Number (last 4<br>digits):1287 | 7100-000 | | 1,474.68 | 22,222.54 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 17-10387 -TMD | |
| Case Name: | FIREFLY SYSTEMS INC. | |
| | | |
| Taxpayer ID No: | 36-4776882 | |
| For Period Ending: | 03/06/19 | |

| | |
|---|---|
| Trustee Name: | RANDOLPH N. OSHEROW |
| Bank Name: | BOK FINANCIAL |
| Account Number / CD #: | 1150503268 CHECKING ACCOUNTS |
| | |
| Blanket Bond (per case limit): | $ 66,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 01/03/18 | 000125 | 12-10 30 Ave. 12-10 30 Ave Long Island City, NY 11102 | Claim 000024, Payment 0.13408% | 7100-000 | | 17.47 | 22,205.07 |
| C 01/03/18 | 000126 | Applegate EDM, Inc. 2405 Squire Place Dallas, TX 75234 | Claim 000025, Payment 0.13405% | 7100-000 | | 41.35 | 22,163.72 |
| C 01/03/18 | 000127 | Metals 4U, Inc. 7600 N. Capital of Texas Hwy. C-100 Austin, TX 78731 | Claim 000026, Payment 0.13398% | 7100-000 | | 4.82 | 22,158.90 |
| C 01/03/18 | 000128 | Southwest Research Institute Accounts Receivable Bldg 160 6220 Culebra San Antonio, TX 78238-5166 | Claim 000027, Payment 0.13406% (27-1) Account Number (last 4 digits):3900 | 7100-000 | | 34.30 | 22,124.60 |
| C 01/03/18 | 000129 | ESPEC North America Inc. 4141 Central Parkway Hudsonville, MI 49426 | Claim 000028, Payment 0.13405% | 7100-000 | | 20.34 | 22,104.26 |
| *C 01/03/18 | 000130 | George Hicks 103 Fire Thorn Lane Pooler, GA 21322 | Claim 000029, Payment 0.13406% | 7100-004 | | 9.80 | 22,094.46 |
| C 01/03/18 | 000131 | AIP 7100 North Loop East, Suite A6 Houston, TX 77028 | Claim 000030, Payment 0.13379% | 7100-000 | | 2.10 | 22,092.36 |
| *C 01/03/18 | 000132 | Two Road Professional Resources, Inc. 5122 Bolsa Avenue Suite 112 Huntington Beach, CA 92649 | Claim 000031, Payment 0.13407% | 7100-004 | | 96.16 | 21,996.20 |
| C 01/03/18 | 000133 | Emergent Space Technologies, Inc. 7901 Sandy Spring Rd. Suite 511 Laurel, MD 20707 | Claim 000032, Payment 0.13406% | 7100-000 | | 167.22 | 21,828.98 |
| C 01/03/18 | 000134 | U.S. Bank, N.A. dba U.S. Bank Equipment Finance 1310 Madrid Street Marshall, MN 56258 | Claim 000033, Payment 0.13405% | 7100-000 | | 24.95 | 21,804.03 |
| C 01/03/18 | 000135 | Raipher P.C. 265 State St. Springfield, MA 01103 | Claim 000034, Payment 0.13406% | 7100-000 | | 864.78 | 20,939.25 |
| C 01/03/18 | 000136 | Virgin Galactic, LLC c/o Claude M. Stern, Esq. Quinn Emanuel 555 Twin Dolphin Dr., 5ht Floor Redwood Shores, CA 94065 | Claim 000036, Payment 0.13406% | 7100-000 | | 9,384.31 | 11,554.94 |
| C 01/03/18 | 000137 | Virgin Orbit, LLC c/o Claude M. Stern, Esq. Quinn Emanuel 555 Twin Dolphin Dr., 5ht Floor Redwood Shores, CA 94065 | Claim 000037, Payment 0.13406% | 7100-000 | | 9,384.32 | 2,170.62 |
| C 01/03/18 | 000138 | United Rentals (North America), Inc. c/o The Law Offices of Mark A. Kirkorsky, P.C. P.O. Box 25287 Tempe, AZ 85285 | Claim 000038, Payment 0.13406% (38-1) Account Number (last 4 digits):6286 | 7100-000 | | 95.55 | 2,075.07 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

| Case No: | 17-10387 -TMD | | | |
| Case Name: | FIREFLY SYSTEMS INC. | | | |

Trustee Name: RANDOLPH N. OSHEROW
Bank Name: BOK FINANCIAL
Account Number / CD #: 1150503268 CHECKING ACCOUNTS

Taxpayer ID No: 36-4776882
For Period Ending: 03/06/19

Blanket Bond (per case limit): $ 66,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| *C 01/03/18 | 000139 | Zia Qadir<br>14722 20th Avenue<br>Seattle, WA 98155 | Claim 000039, Payment 0.13408% | 7100-004 | | 26.02 | 2,049.05 |
| *C 01/03/18 | 000140 | DNO Valve Sales Inc<br>22431 Antonio Pkwy Suite B 198<br>Rancho Santa Margarita, CA 92688 | Claim 000040, Payment 0.13408% | 7100-004 | | 9.50 | 2,039.55 |
| C 01/03/18 | 000141 | Consilio LLC<br>Schuyler Carroll, Esq.<br>30 Rockefeller Plaza, 22nd Floor<br>New York, NY 10112 | Claim 000041, Payment 0.13406% | 7100-000 | | 637.63 | 1,401.92 |
| C 01/03/18 | 000142 | Hatfield & Company Inc.<br>PO Box 910862<br>Dallas, TX 75391-0862 | Claim 000042, Payment 0.13406% | 7100-000 | | 102.54 | 1,299.38 |
| C 01/03/18 | 000143 | R. K. Bass Electric<br>c/o Blake Rasner<br>HALEY & OLSON, P.C.<br>100 Ritchie Road, Suite 200<br>Waco, Texas 76712 | Claim 000043, Payment 0.13406%<br>(43-1) Materials and labor for<br>electrical construction at 280 CR 210, Bertram,<br>Texas 78605 | 7100-000 | | 120.81 | 1,178.57 |
| C 01/03/18 | 000144 | Economic Development Sales Tax Corp of<br>Cedar Park<br>c/o J.P. LeCompte<br>450 Cypress Creek Road, Bldg 1<br>Cedar Park, Texas 78613 | Claim 000044, Payment 0.13406% | 7100-000 | | 1,152.57 | 26.00 |
| C 01/03/18 | 000145 | Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982 | Claim 000045, Payment 0.13411% | 7100-000 | | 26.00 | 0.00 |
| *C 04/05/18 | | HUB INTERNATIONAL LIMITED<br>HUB INTERNATIONAL TRANSPORATION | ACCOUNTS RECEIVABLE | 1121-003 | 3,028.85 | | 3,028.85 |
| *C 04/05/18 | 000109 | Nicholas Blackwell<br>29729 Stawberry Hill Drive<br>Agoura Hills, CA 91301 | Stop Payment Reversal<br>STOP PAYMENT | 7100-004 | | -2.61 | 3,031.46 |
| *C 04/05/18 | 000120 | Dahl-Vaughn, Inc.<br>18017 Chatsworth Street<br>Suite 509<br>Granada Hills, CA 91344 | Stop Payment Reversal<br>STOP PAYMENT | 7100-004 | | -76.16 | 3,107.62 |
| *C 04/05/18 | 000121 | KAI, LLC<br>6402 Needham Lane<br>Austin, TX 78739 | Stop Payment Reversal<br>STOP PAYMENT | 7100-004 | | -22.75 | 3,130.37 |
| *C 04/05/18 | 000130 | George Hicks<br>103 Fire Thorn Lane<br>Pooler, GA 21322 | Stop Payment Reversal<br>STOP PAYMENT | 7100-004 | | -9.80 | 3,140.17 |
| *C 04/05/18 | 000132 | Two Road Professional Resources, Inc.<br>5122 Bolsa Avenue<br>Suite 112<br>Huntington Beach, CA 92649 | Stop Payment Reversal<br>STOP PAYMENT | 7100-004 | | -96.16 | 3,236.33 |
| *C 04/05/18 | 000139 | Zia Qadir<br>14722 20th Avenue<br>Seattle, WA 98155 | Stop Payment Reversal<br>STOP PAYMENT | 7100-004 | | -26.02 | 3,262.35 |
| *C 04/05/18 | 000140 | DNO Valve Sales Inc<br>22431 Antonio Pkwy Suite B 198<br>Rancho Santa Margarita, CA 92688 | Stop Payment Reversal<br>STOP PAYMENT | 7100-004 | | -9.50 | 3,271.85 |

PFORM2T4

Ver: 22.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 17-10387 -TMD |
| Case Name: | FIREFLY SYSTEMS INC. |
| Taxpayer ID No: | 36-4776882 |
| For Period Ending: | 03/06/19 |

| | |
|---|---|
| Trustee Name: | RANDOLPH N. OSHEROW |
| Bank Name: | BOK FINANCIAL |
| Account Number / CD #: | 1150503268  CHECKING ACCOUNTS |
| Blanket Bond (per case limit): | $ 66,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  04/05/18 | 000146 | CLERK, U.S. BANKRUPTCY COURT | UNCLAIMED DIVIDENDS CLAIM NO. 00006 | 7100-001 | | 2.61 | 3,269.24 |
| C  04/05/18 | 000147 | CLERK, U.S. BANKRUPTCY COURT | UNCLAIMED DIVIDENDS CLAIM NO. 000019 | 7100-001 | | 76.16 | 3,193.08 |
| C  04/05/18 | 000148 | CLERK, U.S. BANKRUPTCY COURT | UNCLAIMED DIVIDENDS CLAIM NO. 000020 | 7100-001 | | 22.75 | 3,170.33 |
| C  04/05/18 | 000149 | CLERK, U.S. BANKRUPTCY COURT | UNCLAIMED DIVIDENDS CLAIM NO. 000029 | 7100-001 | | 9.80 | 3,160.53 |
| C  04/05/18 | 000150 | CLERK, U.S. BANKRUPTCY COURT | UNCLAIMED DIVIDENDS CLAIM NO. 000031 | 7100-001 | | 96.16 | 3,064.37 |
| C  04/05/18 | 000151 | CLERK, U.S. BANKRUPTCY COURT | UNCLAIMED DIVIDENDS CLAIM NO. 0000039 | 7100-001 | | 26.02 | 3,038.35 |
| C  04/05/18 | 000152 | CLERK, U.S. BANKRUPTCY COURT | UNCLAIMED DIVIDENDS CLAIM NO. 0000040 | 7100-001 | | 9.50 | 3,028.85 |
| * C  05/30/18 | | HUB INTERNATIONAL LIMITED HUB INTERNATIONAL TRANSPORATION | ACCOUNTS RECEIVABLE This deposit was not honored by the check holder. | 1121-003 | -3,028.85 | | 0.00 |

\* **Reversed**
t **Funds Transfer**
C **Bank Cleared**

| Account | | | | | | |
|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | |
| 1150503268 | 8 | Deposits | 30,623.98 | 60 | Checks | 30,468.45 |
| | 0 | Interest Postings | 0.00 | 6 | Adjustments Out | 155.53 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 30,623.98 | | | |
| | | | | | Total | $ 30,623.98 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 30,623.98 | | | |

PFORM2T4

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

| | |
|---|---|
| Case No: | 17-10387 -TMD |
| Case Name: | FIREFLY SYSTEMS INC. |
| Taxpayer ID No: | 36-4776882 |
| For Period Ending: | 03/06/19 |

| | |
|---|---|
| Trustee Name: | RANDOLPH N. OSHEROW |
| Bank Name: | BOK FINANCIAL |
| Account Number / CD #: | 1150503862  CHECKING ACCOUNTS |
| Blanket Bond (per case limit): | $ 66,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 08/09/18 | | HUB INTERNATIONAL LIMITED HUB FINACIAL CENTER | CLIENT REFUND/CREDIT ON HUB ACCT | 1121-000 | 3,028.85 | | 3,028.85 |
| 08/09/18 | 2 | Asset Sales Memo: | Accts Receivables  $3,028.85 | | | | 3,028.85 |
| C 08/24/18 | 000101 | CLERK, U.S. BANKRUPTCY COURT | Filing Fees to Reopen Case Docket #40 | 2700-000 | | 260.00 | 2,768.85 |
| C 10/26/18 | 000102 | RANDOLPH N. OSHEROW 342 West Woodlawn, Suite 100 San Antonio, TX  78212 | Chapter 7 Compensation/Fees | 2100-000 | | 302.88 | 2,465.97 |
| C 10/26/18 | 000103 | RANDOLPH N. OSHEROW 342 West Woodlawn, Suite 100 San Antonio, TX  78212 | Chapter 7 Expenses | 2200-000 | | 518.22 | 1,947.75 |
| * C 10/26/18 | 000104 | 12-10 30 Ave. 12-10 30 Ave Long Island City, NY 11102 | Claim ///////, Payment 0.01082% | 7100-004 | | 1.41 | 1,946.34 |
| * C 10/26/18 | 000105 | McMaster-Carr Supply Company 1901 Riverside Parkway Douglasville, GA 30135 | Claim 000004, Payment 0.01090% | 7100-004 | | 1.17 | 1,945.17 |
| * C 10/26/18 | 000106 | TXU Energy Retail Company LLC C/O Bankrupcy Department PO Box 650393 Dallas TX 75265-0393 | Claim 000005, Payment 0.01192% (5-1) Unpaid balance for electric utility service | 7100-004 | | 0.06 | 1,945.11 |
| * C 10/26/18 | 000107 | Nicholas Blackwell 29729 Stawberry Hill Drive Agoura Hills, CA 91301 | Claim 000006, Payment 0.01080% | 7100-004 | | 0.21 | 1,944.90 |
| * C 10/26/18 | 000108 | Law Office of Anna Kuhn, PLLC 3307 Northland Drive Suite 310 Austin, TX 78731 | Claim 000007, Payment 0.01083% | 7100-004 | | 0.13 | 1,944.77 |
| * C 10/26/18 | 000109 | Omnetics Connector Corporation 7260 Commerce Circle East Minneapolis, MN 55432-3103 | Claim 000009, Payment 0.01090% (9-1) Account Number (last 4 digits):6117 | 7100-004 | | 0.68 | 1,944.09 |
| * C 10/26/18 | 000110 | RFMW Ltd. 188 Martinvale Lane San Jose, CA 95119-1356 | Claim 000010, Payment 0.01068% (10-1) Account Number (last 4 digits):2429 | 7100-003 | | 0.21 | 1,943.88 |
| * C 10/26/18 | 000111 | Taylor Iron Machine Works, Inc. c/o Christopher Stanley SNEED, VINE & PERRY, PC 108 East 8th Street Georgetown, TX 78626 | Claim 000011, Payment 0.01088% | 7100-004 | | 2.82 | 1,941.06 |
| * C 10/26/18 | 000112 | New Braunfels Machine, Inc. 311 FM 306 Bldg. 3 New Braunfels, TX 78130 | Claim 000012, Payment 0.01086% | 7100-004 | | 5.15 | 1,935.91 |
| * C 10/26/18 | 000113 | CS&P Technologies, LP PO Box 130 Cypress, TX 77410 | Claim 000014, Payment 0.01156% (14-1) Account Number (last 4 digits):FIR1 | 7100-004 | | 0.19 | 1,935.72 |
| * C 10/26/18 | 000114 | Texas Precision Polymers, Inc. 13843 Highway 105 West Suite 422 Conroe, TX 77304 | Claim 000015, Payment 0.01048% | 7100-004 | | 0.30 | 1,935.42 |

PFORM2T4

Ver: 22.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

| | |
|---|---|
| Case No: | 17-10387 -TMD |
| Case Name: | FIREFLY SYSTEMS INC. |
| | |
| Taxpayer ID No: | 36-4776882 |
| For Period Ending: | 03/06/19 |

| | |
|---|---|
| Trustee Name: | RANDOLPH N. OSHEROW |
| Bank Name: | BOK FINANCIAL |
| Account Number / CD #: | 1150503862 CHECKING ACCOUNTS |
| | |
| Blanket Bond (per case limit): | $ 66,500,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| *C | 10/26/18 | 000115 | Airgas USA, LLC<br>PO Box 676015<br>Dallas, TX 75267-6015 | Claim 000016, Payment 0.01088%<br>(16-1) Account Number (last 4<br>digits):4993 | 7100-004 | | 1.16 | 1,934.26 |
| *C | 10/26/18 | 000116 | Airgas USA, LLC<br>PO Box 676015<br>Dallas, TX 75267-6015 | Claim 000017, Payment 0.01086%<br>(17-1) Account Number (last 4<br>digits):4993 | 7100-004 | | 2.67 | 1,931.59 |
| *C | 10/26/18 | 000117 | Rohde & Schwarz USA, Inc<br>6821 Benjamin Franklin Drive<br>Columbia, MD 21046 | Claim 000018, Payment 0.01078%<br>(18-1) Account Number (last 4<br>digits):8181 | 7100-004 | | 0.50 | 1,931.09 |
| *C | 10/26/18 | 000118 | Dahl-Vaughn, Inc.<br>18017 Chatsworth Street<br>Suite 509<br>Granada Hills, CA 91344 | Claim 000019, Payment 0.01088% | 7100-004 | | 6.18 | 1,924.91 |
| *C | 10/26/18 | 000119 | KAI, LLC<br>6402 Needham Lane<br>Austin, TX 78739 | Claim 000020, Payment 0.01084% | 7100-004 | | 1.84 | 1,923.07 |
| *C | 10/26/18 | 000120 | Michael Cavanaugh<br>13235 Trentwood<br>San Antonio, TX 78231 | Claim 000021, Payment 0.01106% | 7100-004 | | 0.70 | 1,922.37 |
| *C | 10/26/18 | 000121 | Insul-Pipe Systems<br>PO Box 1527<br>Buda, TX 78610 | Claim 000022, Payment 0.01081% | 7100-004 | | 2.81 | 1,919.56 |
| C | 10/26/18 | 000122 | National Aeronautics and Space<br>Administration<br>NASA Shared Services Center<br>B-1111 Room 370<br>SSC, MS 39529-6000 | Claim 000023, Payment 0.01087%<br>(23-1) Account Number (last 4<br>digits):1287 | 7100-000 | | 119.54 | 1,800.02 |
| *C | 10/26/18 | 000123 | Applegate EDM, Inc.<br>2405 Squire Place<br>Dallas, TX 75234 | Claim 000025, Payment 0.01089% | 7100-004 | | 3.36 | 1,796.66 |
| *C | 10/26/18 | 000124 | Metals 4U, Inc.<br>7600 N. Capital of Texas Hwy. C-100<br>Austin, TX 78731 | Claim 000026, Payment 0.01084% | 7100-004 | | 0.39 | 1,796.27 |
| *C | 10/26/18 | 000125 | Southwest Research Institute<br>Accounts Receivable<br>Bldg 160<br>6220 Culebra<br>San Antonio, TX 78238-5166 | Claim 000027, Payment 0.01087%<br>(27-1) Account Number (last 4<br>digits):3900 | 7100-004 | | 2.78 | 1,793.49 |
| *C | 10/26/18 | 000126 | ESPEC North America Inc.<br>4141 Central Parkway<br>Hudsonville, MI 49426 | Claim 000028, Payment 0.01087% | 7100-004 | | 1.65 | 1,791.84 |
| *C | 10/26/18 | 000127 | George Hicks<br>103 Fire Thorn Lane<br>Pooler, GA 21322 | Claim 000029, Payment 0.01081% | 7100-004 | | 0.79 | 1,791.05 |
| *C | 10/26/18 | 000128 | AIP<br>7100 North Loop East, Suite A6<br>Houston, TX 77028 | Claim 000030, Payment 0.01147% | 7100-004 | | 0.18 | 1,790.87 |
| *C | 10/26/18 | 000129 | Two Road Professional Resources, Inc.<br>5122 Bolsa Avenue<br>Suite 112<br>Huntington Beach, CA 92649 | Claim 000031, Payment 0.01086% | 7100-004 | | 7.79 | 1,783.08 |

PFORM2T4

Ver: 22.00

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

**Exhibit 9**

| | |
|---|---|
| Case No: | 17-10387 -TMD |
| Case Name: | FIREFLY SYSTEMS INC. |
| | |
| Taxpayer ID No: | 36-4776882 |
| For Period Ending: | 03/06/19 |

| | |
|---|---|
| Trustee Name: | RANDOLPH N. OSHEROW |
| Bank Name: | BOK FINANCIAL |
| Account Number / CD #: | 1150503862  CHECKING ACCOUNTS |
| | |
| Blanket Bond (per case limit): | $ 66,500,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C | 10/26/18 | 000130 | Emergent Space Technologies, Inc. 7901 Sandy Spring Rd. Suite 511 Laurel, MD 20707 | Claim 000032, Payment 0.01087% | 7100-000 | | 13.56 | 1,769.52 |
| *C | 10/26/18 | 000131 | U.S. Bank, N.A. dba U.S. Bank Equipment Finance 1310 Madrid Street Marshall, MN 56258 | Claim 000033, Payment 0.01091% | 7100-004 | | 2.03 | 1,767.49 |
| C | 10/26/18 | 000132 | Raipher P.C. 265 State St. Springfield, MA 01103 | Claim 000034, Payment 0.01087% | 7100-000 | | 70.10 | 1,697.39 |
| C | 10/26/18 | 000133 | Virgin Galactic, LLC c/o Claude M. Stern, Esq. Quinn Emanuel 555 Twin Dolphin Dr., 5ht Floor Redwood Shores, CA 94065 | Claim 000036, Payment 0.01087% | 7100-000 | | 760.72 | 936.67 |
| C | 10/26/18 | 000134 | Virgin Orbit, LLC c/o Claude M. Stern, Esq. Quinn Emanuel 555 Twin Dolphin Dr., 5ht Floor Redwood Shores, CA 94065 | Claim 000037, Payment 0.01087% | 7100-000 | | 760.71 | 175.96 |
| C | 10/26/18 | 000135 | United Rentals (North America), Inc. c/o The Law Offices of Mark A. Kirkorsky, P.C. P.O. Box 25287 Tempe, AZ 85285 | Claim 000038, Payment 0.01087% (38-1) Account Number (last 4 digits):6286 | 7100-000 | | 7.75 | 168.21 |
| *C | 10/26/18 | 000136 | Zia Qadir 14722 20th Avenue Seattle, WA 98155 | Claim 000039, Payment 0.01092% | 7100-004 | | 2.12 | 166.09 |
| *C | 10/26/18 | 000137 | DNO Valve Sales Inc 22431 Antonio Pkwy Suite B 198 Rancho Santa Margarita, CA 92688 | Claim 000040, Payment 0.01087% | 7100-004 | | 0.77 | 165.32 |
| C | 10/26/18 | 000138 | Consilio LLC Schuyler Carroll, Esq. 30 Rockefeller Plaza, 22nd Floor New York, NY 10112 | Claim 000041, Payment 0.01087% | 7100-000 | | 51.68 | 113.64 |
| C | 10/26/18 | 000139 | Hatfield & Company Inc. PO Box 910862 Dallas, TX 75391-0862 | Claim 000042, Payment 0.01086% | 7100-000 | | 8.31 | 105.33 |
| C | 10/26/18 | 000140 | R. K. Bass Electric c/o Blake Rasner HALEY & OLSON, P.C. 100 Ritchie Road, Suite 200 Waco, Texas 76712 | Claim 000043, Payment 0.01086% (43-1) Materials and labor for electrical construction at 280 CR 210, Bertram, Texas  78605 | 7100-000 | | 9.79 | 95.54 |
| C | 10/26/18 | 000141 | Economic Development Sales Tax Corp of Cedar Park c/o J.P. LeCompte 450 Cypress Creek Road, Bldg 1 Cedar Park, Texas 78613 | Claim 000044, Payment 0.01087% | 7100-000 | | 93.44 | 2.10 |
| *C | 10/26/18 | 000142 | Stroock & Stroock & Lavan LLP 180 Maiden Lane New York, NY 10038-4982 | Claim 000045, Payment 0.01083% | 7100-004 | | 2.10 | 0.00 |
| *C | 02/02/19 | 000105 | McMaster-Carr Supply Company | Stop Payment Reversal | 7100-004 | | -1.17 | 1.17 |

PFORM2T4

**UST Form 101-7-TDR (10/1/2010)** *(Page: 18)*

Ver: 22.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

| | | |
|---|---|---|
| Case No: | 17-10387 -TMD | |
| Case Name: | FIREFLY SYSTEMS INC. | |
| | | |
| Taxpayer ID No: | 36-4776882 | |
| For Period Ending: | 03/06/19 | |

| | |
|---|---|
| Trustee Name: | RANDOLPH N. OSHEROW |
| Bank Name: | BOK FINANCIAL |
| Account Number / CD #: | 1150503862  CHECKING ACCOUNTS |
| | |
| Blanket Bond (per case limit): | $ 66,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 1901 Riverside Parkway Douglasville, GA 30135 | STOP PAYMENT | | | | |
| * C 02/02/19 | 000106 | TXU Energy Retail Company LLC C/O Bankruptcy Department PO Box 650393 Dallas TX 75265-0393 | Stop Payment Reversal STOP PAYMENT | 7100-004 | | -0.06 | 1.23 |
| * C 02/02/19 | 000107 | Nicholas Blackwell 29729 Stawberry Hill Drive Agoura Hills, CA 91301 | Stop Payment Reversal STOP PAYMENT | 7100-004 | | -0.21 | 1.44 |
| * C 02/02/19 | 000109 | Omnetics Connector Corporation 7260 Commerce Circle East Minneapolis, MN 55432-3103 | Stop Payment Reversal STOP PAYMENT | 7100-004 | | -0.68 | 2.12 |
| * C 02/02/19 | 000112 | New Braunfels Machine, Inc. 311 FM 306 Bldg. 3 New Braunfels, TX 78130 | Stop Payment Reversal STOP PAYMENT | 7100-004 | | -5.15 | 7.27 |
| * C 02/02/19 | 000116 | Airgas USA, LLC PO Box 676015 Dallas, TX 75267-6015 | Stop Payment Reversal STOP PAYMENT | 7100-004 | | -2.67 | 9.94 |
| * C 02/05/19 | 000104 | 12-10 30 Ave. 12-10 30 Ave Long Island City, NY 11102 | Stop Payment Reversal STOP PAYMENT | 7100-004 | | -1.41 | 11.35 |
| * C 02/05/19 | 000108 | Law Office of Anna Kuhn, PLLC 3307 Northland Drive Suite 310 Austin, TX 78731 | Stop Payment Reversal STOP PAYMENT | 7100-004 | | -0.13 | 11.48 |
| * C 02/05/19 | 000111 | Taylor Iron Machine Works, Inc. c/o Christopher Stanley SNEED, VINE & PERRY, PC 108 East 8th Street Georgetown, TX 78626 | Stop Payment Reversal STOP PAYMENT | 7100-004 | | -2.82 | 14.30 |
| * C 02/05/19 | 000113 | CS&P Technologies, LP PO Box 130 Cypress, TX 77410 | Stop Payment Reversal STOP PAYMENT | 7100-004 | | -0.19 | 14.49 |
| * C 02/05/19 | 000114 | Texas Precision Polymers, Inc. 13843 Highway 105 West Suite 422 Conroe, TX 77304 | Stop Payment Reversal STOP PAYMENT | 7100-004 | | -0.30 | 14.79 |
| * C 02/05/19 | 000115 | Airgas USA, LLC PO Box 676015 Dallas, TX 75267-6015 | Stop Payment Reversal STOP PAYMENT | 7100-004 | | -1.16 | 15.95 |
| * C 02/05/19 | 000117 | Rohde & Schwarz USA, Inc 6821 Benjamin Franklin Drive Columbia, MD 21046 | Stop Payment Reversal STOP PAYMENT | 7100-004 | | -0.50 | 16.45 |
| * C 02/05/19 | 000118 | Dahl-Vaughn, Inc. 18017 Chatsworth Street Suite 509 Granada Hills, CA 91344 | Stop Payment Reversal STOP PAYMENT | 7100-004 | | -6.18 | 22.63 |
| * C 02/05/19 | 000119 | KAI, LLC 6402 Needham Lane Austin, TX 78739 | Stop Payment Reversal STOP PAYMENT | 7100-004 | | -1.84 | 24.47 |

PFORM2T4

Ver: 22.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

| | |
|---|---|
| Case No: | 17-10387 -TMD |
| Case Name: | FIREFLY SYSTEMS INC. |
| Taxpayer ID No: | 36-4776882 |
| For Period Ending: | 03/06/19 |

| | |
|---|---|
| Trustee Name: | RANDOLPH N. OSHEROW |
| Bank Name: | BOK FINANCIAL |
| Account Number / CD #: | 1150503862  CHECKING ACCOUNTS |
| Blanket Bond (per case limit): | $ 66,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| *C  02/05/19 | 000120 | Michael Cavanaugh<br>13235 Trentwood<br>San Antonio, TX 78231 | Stop Payment Reversal<br>STOP PAYMENT | 7100-004 | | -0.70 | 25.17 |
| *C  02/05/19 | 000121 | Insul-Pipe Systems<br>PO Box 1527<br>Buda, TX 78610 | Stop Payment Reversal<br>STOP PAYMENT | 7100-004 | | -2.81 | 27.98 |
| *C  02/05/19 | 000123 | Applegate EDM, Inc.<br>2405 Squire Place<br>Dallas, TX 75234 | Stop Payment Reversal<br>STOP PAYMENT | 7100-004 | | -3.36 | 31.34 |
| *C  02/05/19 | 000124 | Metals 4U, Inc.<br>7600 N. Capital of Texas Hwy. C-100<br>Austin, TX 78731 | Stop Payment Reversal<br>STOP PAYMENT | 7100-004 | | -0.39 | 31.73 |
| *C  02/05/19 | 000125 | Southwest Research Institute<br>Accounts Receivable<br>Bldg 160<br>6220 Culebra<br>San Antonio, TX 78238-5166 | Stop Payment Reversal<br>STOP PAYMENT | 7100-004 | | -2.78 | 34.51 |
| *C  02/05/19 | 000126 | ESPEC North America Inc.<br>4141 Central Parkway<br>Hudsonville, MI 49426 | Stop Payment Reversal<br>STOP PAYMENT | 7100-004 | | -1.65 | 36.16 |
| *C  02/05/19 | 000127 | George Hicks<br>103 Fire Thorn Lane<br>Pooler, GA 21322 | Stop Payment Reversal<br>STOP PAYMENT | 7100-004 | | -0.79 | 36.95 |
| *C  02/05/19 | 000128 | AIP<br>7100 North Loop East, Suite A6<br>Houston, TX 77028 | Stop Payment Reversal<br>STOP PAYMENT | 7100-004 | | -0.18 | 37.13 |
| *C  02/05/19 | 000129 | Two Road Professional Resources, Inc.<br>5122 Bolsa Avenue<br>Suite 112<br>Huntington Beach, CA 92649 | Stop Payment Reversal<br>STOP PAYMENT | 7100-004 | | -7.79 | 44.92 |
| *C  02/05/19 | 000131 | U.S. Bank, N.A. dba U.S. Bank Equipment Finance<br>1310 Madrid Street<br>Marshall, MN 56258 | Stop Payment Reversal<br>STOP PAYMENT | 7100-004 | | -2.03 | 46.95 |
| *C  02/05/19 | 000136 | Zia Qadir<br>14722 20th Avenue<br>Seattle, WA 98155 | Stop Payment Reversal<br>STOP PAYMENT | 7100-004 | | -2.12 | 49.07 |
| *C  02/05/19 | 000137 | DNO Valve Sales Inc<br>22431 Antonio Pkwy Suite B 198<br>Rancho Santa Margarita, CA 92688 | Stop Payment Reversal<br>STOP PAYMENT | 7100-004 | | -0.77 | 49.84 |
| *C  02/05/19 | 000142 | Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982 | Stop Payment Reversal<br>STOP PAYMENT | 7100-004 | | -2.10 | 51.94 |
| *C  02/06/19 | 000110 | RFMW Ltd.<br>188 Martinvale Lane<br>San Jose, CA 95119-1356 | Claim 000010, Payment 0.01068%<br>Stop Payment Reversal | 7100-003 | | -0.21 | 52.15 |
| C  02/12/19 | 000143 | CLERK BANKRUPTCY COURT, AUSTIN<br>903 SAN JACINTO, #322<br>AUSTIN, TX  78701 | claim no. 4 | 7100-001 | | 1.17 | 50.98 |
| C  02/12/19 | 000144 | CLERK BANKRUPTCY COURT, AUSTIN<br>903 SAN JACINTO, #322 | claim no. 5 | 7100-001 | | 0.06 | 50.92 |

PFORM2T4

Ver: 22.00

| Case No: | 17-10387 -TMD | | Trustee Name: | RANDOLPH N. OSHEROW |
| Case Name: | FIREFLY SYSTEMS INC. | | Bank Name: | BOK FINANCIAL |
| | | | Account Number / CD #: | 1150503862  CHECKING ACCOUNTS |
| Taxpayer ID No: | 36-4776882 | | | |
| For Period Ending: | 03/06/19 | | Blanket Bond (per case limit): | $ 66,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| | | AUSTIN, TX  78701 | | | | |
| C  02/12/19 | 000145 | CLERK BANKRUPTCY COURT, AUSTIN 903 SAN JACINTO, #322 AUSTIN, TX  78701 | claim no. 6 | 7100-001 | | 0.21 | 50.71 |
| C  02/12/19 | 000146 | CLERK BANKRUPTCY COURT, AUSTIN 903 SAN JACINTO, #322 AUSTIN, TX  78701 | claim no. 7 | 7100-001 | | 0.13 | 50.58 |
| C  02/12/19 | 000147 | CLERK BANKRUPTCY COURT, AUSTIN 903 SAN JACINTO, #322 AUSTIN, TX  78701 | claim no. 9 | 7100-001 | | 0.68 | 49.90 |
| C  02/12/19 | 000148 | CLERK BANKRUPTCY COURT, AUSTIN 903 SAN JACINTO, #322 AUSTIN, TX  78701 | claim no. 10 | 7100-001 | | 0.21 | 49.69 |
| C  02/12/19 | 000149 | CLERK BANKRUPTCY COURT, AUSTIN 903 SAN JACINTO, #322 AUSTIN, TX  78701 | claim no. 11 | 7100-001 | | 2.82 | 46.87 |
| C  02/12/19 | 000150 | CLERK BANKRUPTCY COURT, AUSTIN 903 SAN JACINTO, #322 AUSTIN, TX  78701 | claim no. 12 | 7100-001 | | 5.15 | 41.72 |
| C  02/12/19 | 000151 | CLERK BANKRUPTCY COURT, AUSTIN 903 SAN JACINTO, #322 AUSTIN, TX  78701 | claim no. 14 | 7100-001 | | 0.19 | 41.53 |
| C  02/12/19 | 000152 | CLERK BANKRUPTCY COURT, AUSTIN 903 SAN JACINTO, #322 AUSTIN, TX  78701 | claim no. 15 | 7100-001 | | 0.30 | 41.23 |
| C  02/12/19 | 000153 | CLERK BANKRUPTCY COURT, AUSTIN 903 SAN JACINTO, #322 AUSTIN, TX  78701 | claim no. 16 | 7100-001 | | 1.16 | 40.07 |
| C  02/12/19 | 000154 | CLERK BANKRUPTCY COURT, AUSTIN 903 SAN JACINTO, #322 AUSTIN, TX  78701 | claim no. 17 | 7100-001 | | 2.67 | 37.40 |
| C  02/12/19 | 000155 | CLERK BANKRUPTCY COURT, AUSTIN 903 SAN JACINTO, #322 AUSTIN, TX  78701 | claim no. 18 | 7100-001 | | 0.50 | 36.90 |
| C  02/12/19 | 000156 | CLERK BANKRUPTCY COURT, AUSTIN 903 SAN JACINTO, #322 AUSTIN, TX  78701 | claim no. 19 | 7100-001 | | 6.18 | 30.72 |
| C  02/12/19 | 000157 | CLERK BANKRUPTCY COURT, AUSTIN 903 SAN JACINTO, #322 AUSTIN, TX  78701 | claim no. 20 | 7100-001 | | 1.84 | 28.88 |
| C  02/12/19 | 000158 | CLERK BANKRUPTCY COURT, AUSTIN 903 SAN JACINTO, #322 AUSTIN, TX  78701 | claim no. 21 | 7100-001 | | 0.70 | 28.18 |
| C  02/12/19 | 000159 | CLERK BANKRUPTCY COURT, AUSTIN 903 SAN JACINTO, #322 AUSTIN, TX  78701 | claim no. 22 | 7100-001 | | 2.81 | 25.37 |
| C  02/12/19 | 000160 | CLERK BANKRUPTCY COURT, AUSTIN 903 SAN JACINTO, #322 AUSTIN, TX  78701 | claim no 25 | 7100-001 | | 3.36 | 22.01 |
| C  02/12/19 | 000161 | CLERK BANKRUPTCY COURT, AUSTIN | claim no. 26 | 7100-001 | | 0.39 | 21.62 |

| Case No: | 17-10387 -TMD | Trustee Name: | RANDOLPH N. OSHEROW |
| Case Name: | FIREFLY SYSTEMS INC. | Bank Name: | BOK FINANCIAL |
| | | Account Number / CD #: | 1150503862 CHECKING ACCOUNTS |
| Taxpayer ID No: | 36-4776882 | | |
| For Period Ending: | 03/06/19 | Blanket Bond (per case limit): | $ 66,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 903 SAN JACINTO, #322 AUSTIN, TX 78701 | | | | |
| C 02/12/19 | 000162 | CLERK BANKRUPTCY COURT, AUSTIN 903 SAN JACINTO, #322 AUSTIN, TX 78701 | claim no. 27 | 7100-001 | | 2.78 | 18.84 |
| C 02/12/19 | 000163 | CLERK BANKRUPTCY COURT, AUSTIN 903 SAN JACINTO, #322 AUSTIN, TX 78701 | claim no. 28 | 7100-001 | | 1.65 | 17.19 |
| C 02/12/19 | 000164 | CLERK BANKRUPTCY COURT, AUSTIN 903 SAN JACINTO, #322 AUSTIN, TX 78701 | claim no. 29 | 7100-001 | | 0.79 | 16.40 |
| C 02/12/19 | 000165 | CLERK BANKRUPTCY COURT, AUSTIN 903 SAN JACINTO, #322 AUSTIN, TX 78701 | claim no. 30 | 7100-001 | | 0.18 | 16.22 |
| C 02/12/19 | 000166 | CLERK BANKRUPTCY COURT, AUSTIN 903 SAN JACINTO, #322 AUSTIN, TX 78701 | claim no. 31 | 7100-001 | | 7.79 | 8.43 |
| C 02/12/19 | 000167 | CLERK BANKRUPTCY COURT, AUSTIN 903 SAN JACINTO, #322 AUSTIN, TX 78701 | claim no. 33 | 7100-001 | | 2.03 | 6.40 |
| C 02/12/19 | 000168 | CLERK BANKRUPTCY COURT, AUSTIN 903 SAN JACINTO, #322 AUSTIN, TX 78701 | claim no. 39 | 7100-001 | | 2.12 | 4.28 |
| C 02/12/19 | 000169 | CLERK BANKRUPTCY COURT, AUSTIN 903 SAN JACINTO, #322 AUSTIN, TX 78701 | claim no. 40 | 7100-001 | | 0.77 | 3.51 |
| C 02/12/19 | 000170 | CLERK BANKRUPTCY COURT, AUSTIN 903 SAN JACINTO, #322 AUSTIN, TX 78701 | claim no. 45 | 7100-001 | | 2.10 | 1.41 |
| C 02/12/19 | 000171 | CLERK BANKRUPTCY COURT, AUSTIN 903 SAN JACINTO, #322 AUSTIN, TX 78701 | claim no. 24 | 7100-001 | | 1.41 | 0.00 |

\* **Reversed**
t **Funds Transfer**
C **Bank Cleared**

| Account | | | | | |
|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | |
| 1150503862 | 2 | Deposits | 3,028.85 | 100 Checks | 3,028.85 |
| | 0 | Interest Postings | 0.00 | 0 Adjustments Out | 0.00 |
| | | | | 0 Transfers Out | 0.00 |
| | | Subtotal | $ 3,028.85 | | |
| | | | | Total | $ 3,028.85 |
| | 0 | Adjustments In | 0.00 | | |
| | 0 | Transfers In | 0.00 | | |
| | | Total | $ 3,028.85 | | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

**Exhibit 9**

| | | |
|---|---|---|
| Case No: | 17-10387 -TMD | |
| Case Name: | FIREFLY SYSTEMS INC. | |
| | | |
| Taxpayer ID No: | 36-4776882 | |
| For Period Ending: | 03/06/19 | |

| | |
|---|---|
| Trustee Name: | RANDOLPH N. OSHEROW |
| Bank Name: | BOK FINANCIAL |
| Account Number / CD #: | 1150503862 CHECKING ACCOUNTS |
| | |
| Blanket Bond (per case limit): | $ 66,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Report Totals

|   |                    |           |   |                 |           |
|---|--------------------|-----------|---|-----------------|-----------|
|    | Balance Forward    | 0.00      |   |                 |           |
| 10 | Deposits           | 33,652.83 | 160 | Checks          | 33,497.30 |
| 0  | Interest Postings  | 0.00      | 6 | Adjustments Out | 155.53    |
|    |                    | _____  | 0 | Transfers Out   | 0.00      |
|    | Subtotal      $    | 33,652.83 |   |                 | _____  |
|    |                    |           |   | Total      $    | 33,652.83 |
| 0  | Adjustments In     | 0.00      |   |                 |           |
| 0  | Transfers In       | 0.00      |   |                 |           |
|    |                    | _____  |   |                 |           |
|    | Total         $    | 33,652.83 |   | Net Total Balance   $ | 0.00  |